## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ADRIA TYNDALL, ERIK TYNDALL, AND
ALEX TYNDALL, by his mother and next friend,
Adria Tyndall,

PLAINTIFFS,

v.

HILL'S PET NUTRITION, INC. and
CHEMNUTRA, INC.,

DEFENDANTS.

FILED: APRIL 28, 2008
08CV2427          TG
JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ

Case No. _____

Pending transfer to MDL
1850: *In re Pet Food Prod.
Liab. Litig.* (D. N.J., J.
Hillman)

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Hill's Pet Nutrition, Inc.

("Hill's"), through the undersigned counsel, with full reservation of all defenses,

with the consent of Defendant ChemNutra, Inc., and pursuant to 28 U.S.C. §§ 1332,

1441, and 1446, hereby removes the state court action entitled *Adria Tyndall, et al.*

*v. Hill's Pet Nutrition, Inc., et al.*, Civil Action No. 08 L 063017, filed in the Circuit

Court of Cook County, Illinois, Law Division, Municipal District Three, to the

United States District Court for the Northern District of Illinois.  Pursuant to 28

U.S.C. § 1446(a), Hill's sets forth below a short and plain statement of the grounds

for removal:

1.      Plaintiffs filed this action on April 1, 2008, alleging that one of

their pet cats was injured and another pet cat died as a result of eating pet food

supplied by Hill's and manufactured by ChemNutra, Inc. ("ChemNutra") allegedly containing melamine.

2.     On June 19, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") issued an order under 28 U.S.C. § 1407 establishing an MDL proceeding in the District of New Jersey (MDL-1850) (J. Hillman) for actions arising out of "pet food products allegedly tainted by melamine found in wheat gluten imported from China and used in these products." (Transfer Order attached as Exhibit C.)  As required by the Rules of Procedure of the JPML, Hill's intends to inform the JPML that this case is a potential tag-along transferable to MDL-1850.  (*See* Rules of Procedure of the Judicial Panel on Multidistrict Litig., 199 F.R.D. 425 (J.P.M.L. 2001).)

I.     **REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441.**

3.     This Court has original jurisdiction over this civil action under 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and because complete diversity of citizenship exists between Plaintiffs and Defendants.

A.     **The Amount-In-Controversy Requirement Is Met.**

4.     The question on removal is "whether the stakes exceed (more precisely, whether it is legally possible that they exceed) $75,000." *Workman v. United Parcel Serv., Inc.*, 234 F.3d 998, 999 (7th Cir. 2000).  *See also Oshana v. Coca-Cola Co.*, 472 F.3d 506, 509 (7th Cir. 2006) (affirming remand where defendant

established that plaintiff's damages "could plausibly exceed $75,000"); *id.* at 513 (removal appropriate unless "it was *legally impossible*" for plaintiff to recover more than $75,000).

       5.     It is apparent from the face of the Complaint that Plaintiffs seek recovery of an amount in excess of $75,000, exclusive of costs and interest**.** In Count I, Plaintiffs seek unlimited damages in an amount in excess of the Cook County Law Division jurisdictional minimum, which, for Municipal District 3 (in which plaintiffs filed their lawsuit), is $100,000. (*See* Circuit Court of Cook County General Order No. 2.1.[1]) Count II seeks reimbursement of all veterinary costs for both animals and other "compensation/damages," including "all actual, consequential, and incidental damages that flow directly and in a foreseeable fashion" from Defendants' alleged actions. In Count III, brought pursuant to the Illinois Humane Care for Animals Act, Plaintiffs seek punitive damages, which, pursuant to the statute, may be awarded up to $25,000. Moreover, Plaintiffs contend that, pursuant to the Humane Care for Animals Act, damages may include the monetary value of the animals, expenses incurred on behalf of the animal, expenses incurred by the owner in rectifying the effects of the pain and suffering of the animal, *and* emotional distress suffered by the owner (Compl., ¶ 43). Plaintiffs

---

[1] General Order No. 2.1 (a) (1) provides: "The Law Division hears civil actions at law, whether or not a jury is demanded, *except*: . . (ii) Actions filed in Municipal Districts Two, Three, Four, Five or Six with complaints or counterclaims for compensatory and consequential money damages not in excess of $100,000 unless a tax claim in excess of $3,000 is involved."

also seek punitive damages for alleged violation of the Illinois Consumer Fraud and

Deceptive Business Practices Act ("ICFA") (Compl., Count IV).[2]

> 6.    Given that plaintiffs expressly seek more than $100,000 for just

one of the six counts in the complaint, as well as emotional distress damages,

veterinary costs, and punitive damages under two of the counts, it is facially

apparent from the Complaint that the amount in controversy exceeds the

jurisdictional minimum of $75,000.  *See, e.g., Chase v. Shop 'N Save Warehouse

Foods, Inc.*, 110 F.3d 424, 428 (7th Cir. 1997) ("the appropriate focus in determining

the amount in controversy is on plaintiff's assessment of the value of her case");

*Rising-Moore v. Red Roof Inns, Inc.*, 435 F.3d 813, 816 (7th Cir. 2006) (focus is on

"what the plaintiff hopes to get out of the litigation").  Plaintiffs in no way limit the

amount in controversy to less than $75,000.

> **B.    There is Complete Diversity of Citizenship Between Plaintiffs and Defendants.**

> 7.    As alleged in their Complaint, Plaintiffs are residents and

citizens of Illinois (Compl., ¶ 29).

---

[2] "Punitive damages are properly considered in determining whether the jurisdictional minimum was alleged." *Loss v. Blankenship*, 673 F.2d 942, 951 (7th Cir. 1982); *see also Oshana*, 472 F.3d at 512 (considering punitive damages under ICFA in determining whether amount-in-controversy requirement was met).

4

8.      At the time Plaintiffs commenced this action in Illinois state court and at the time of filing this Notice of Removal, Defendant Hill's was and is a Delaware corporation, with its principal place of business in Kansas.

9.      At the time Plaintiffs commenced this action in Illinois state court and at the time of filing this Notice of Removal, Defendant ChemNutra was and is a Nevada corporation, with its principal place of business in Nevada.

10.     Accordingly, there is complete diversity between Plaintiffs and Defendants.  *See* 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business").

## II.     THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

11.     This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).  Upon information and belief, Plaintiffs filed this action on or about April 1, 2008, in the Circuit Court of Cook County, Illinois.  Hill's was served with a Summons and a copy of Plaintiff's Complaint on April 3, 2008; ChemNutra was served on April 7, 2008.  The Complaint was the initial pleading received by Defendants setting forth the claims for relief upon which this action is based.  Defendants are filing this Notice of Removal within 30 days of receipt of the initial pleading setting forth the claim for relief upon which this action is based – the Complaint.  *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344,

354 (1999) (30-day time period under the removal statute begins to run from the date of formal service).

12.     The United States District Court for the Northern District of Illinois embraces the county in which the state court action is now pending. Therefore this action is properly removed to the Northern District of Illinois pursuant to 28 U.S.C. § 1441(a).

13.     Pursuant to 28 U.S.C. § 1446(d), Hill's is filing written notice of this removal and a copy of the Notice of Removal with the clerk of the state court in which this action is currently pending and will serve a copy of this notice on all parties to the removed action.

14.     Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in state court are attached hereto as Exhibit A.

15.     Defendant ChemNutra has consented to this removal and notice of its consent is attached hereto as Exhibit B.

WHEREFORE, Defendant Hill's Pet Nutrition, Inc. respectfully removes this action from the Circuit Court of Cook County, Illinois, bearing Civil Action No. 07 L 10287, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Should any question arise as to the removal of this matter, Hill's respectfully requests an opportunity to provide briefing and an oral argument as to why removal is proper.

Dated:  April 28, 2008                    By:    s/Kara L. McCall
                                                 Kara L. McCall (6272681)
                                                 **SIDLEY AUSTIN LLP**
                                                 One South Dearborn Street
                                                 Chicago, Illinois  60603
                                                 phone 312.853.7000
                                                 facsimile 312.853.7036
                                                 Firm No. 42418

                                                 James D. Arden (of counsel)
                                                 **SIDLEY AUSTIN LLP**
                                                 787 Seventh Avenue
                                                 New York, New York 10019
                                                 phone 212.839.5300
                                                 facsimile 212.839.5599

                                                 **Counsel for Hill's Pet Nutrition,
                                                 Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Removal** has been filed electronically and has also been mailed via U.S. Mail, postage prepaid, from Chicago, Illinois on April 28, 2008 to the following counsel of record.

s/Kara L. McCall
SIDLEY AUSTIN LLP

**Copies Mailed To:**

Gary A. Newland
NEWLAND, NEWLAND, & NEWLAND
121 S. Wilke Road, Suite 101
Arlington Heights, Illinois 60005
*Counsel for Plaintiffs*

Jack Riley
JOHNSON & BELL, LTD.
33 W. Monroe Street, Suite 2700
Chicago, IL  60603
*Counsel for ChemNutra, Inc.*

8



| 2120 – Served | 2121 – Served |
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 – Served By Mail |
| 2420 – Served By Publication | 2421 – Served By Publication |
| **SUMMONS** | **ALIAS – SUMMONS** |

CCG N001-10M-1-07-05 (

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____LAW_____ DIVISION

(Name all parties)
ADRIA TYNDALL, ERIK TYNDALL, and ALEX
TYNDALL, by his mother and next friend, Adria Tyndall

v.

HILL'S PET NUTRITION, INC. and
CHEMNUTRA, INC.

No. **08L063017**

CT Corporation System
Registered Agent for Hill's Pet Nutrition
208 S. LaSalle St., # 814
Chicago, IL 60604

### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ **District 2 - Skokie**
5600 Old Orchard Rd.
Skokie, IL 60077

☑ **District 3 - Rolling Meadows**
2121 Euclid
Rolling Meadows, IL 60008

☐ **District 4 - Maywood**
1500 Maybrook Ave.
Maywood, IL 60153

☐ **District 5 - Bridgeview**
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ **District 6 - Markham**
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ **Child Support**
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 32700

Name: Gary A. Newland

Atty. for: Plaintiffs

Address: 121 S. Wilke Road, Suite 101

City/State/Zip: Arlington Heights, IL 60005

Telephone: (847) 797-8000

Service by Facsimile Transmission will be accepted at: _____

WITNESS, **DOROTHY BROWN** APR – 1 2008

_____, _____

Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

_____
(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

66stop

2120 - Served
2220 - Not Served
2320 - Served By Mail
2420 - Served By Publication
SUMMONS

2121 - Served
2221 - Not Served
2321 - Served By Mail
2421 - Served By Publication
ALIAS - SUMMONS

CCG N001-10M-1-07-05 (                )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)
ADRIA TYNDALL, ERIK TYNDALL, and ALEX TYNDALL, by his mother and next friend, Adria Tyndall

v.

HILL'S PET NUTRITION, INC. and CHEMNUTRA, INC.

08L063017

No. _____

CT Corporation System
Registered Agent for Hill's Pet Nutrition
208 S. LaSalle St., # 814
Chicago, IL 60604

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☑ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

DOROTHY BROWN APR - 1 2008

Atty. No.: 32700

WITNESS, _____, _____

Name: Gary A. Newland

Atty. for: Plaintiffs

Address: 121 S. Wilke Road, Suite 101

City/State/Zip: Arlington Heights, IL 60005

Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

Telephone: (847) 797-8000

Service by Facsimile Transmission will be accepted at: _____

(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

#32700

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
THIRD MUNICIPAL DISTRICT, LAW DIVISION

ADRIA TYNDALL, ERIK  TYNDALL,  )
And ALEX TYNDALL, a minor,        )
By his mother and next               )
Friend, ADRIA TYNDALL,           )
                                                )
        Plaintiffs,                            )
v.                                               )     No. **08L063017**
                                                )
                                                )     Amt. Claimed: in excess of
HILL'S PET NUTRITION, INC. and  )     the minimum jurisdictional
CHEMNUTRA, INC.,                   )                amount
                                                )
        Defendants.                         )
                                                )

## COMPLAINT

NOW COMES the Plaintiffs, ADRIA TYNDALL, ERIK TYNDALL,  and
ALEX TYNDALL, a minor, by his mother and next friend, ADRIA TYNDALL, by
and through their attorneys, NEWLAND, NEWLAND & NEWLAND, and
complaining of the Defendants, HILL'S PET NUTRITION, INC. and
CHEMNUTRA, INC., allege as follows:

## STATEMENT OF FACTS

1.  That on or about March, 1999,  plaintiffs, ADRIA TYNDALL AND
ERIK TYNDALL, ("plaintiffs") purchased 2 cats named BINX and BASTET from
a breeder.

2.  CHEMNUTRA, INC. picked up melamine-tainted product at a port of
entry in Kansas City and then sold it to HILL'S PET NUTRITION, INC.

3.  Melamine was added to boost the protein content and save money over
more expensive methods of increasing the protein content.

4.  Both BINX and BASTET were Lilac Point Siamese cats, born 1-19-99

from the same litter and were the best of friends.

5. Prior to 1-13-07, both Binx and Bastet were relatively healthy cats and were cherished by the entire family, especially Alex Tyndall, the family's oldest child.

6. On or about 1-13-07, Binx was taken to the veterinarian for weight loss concerns. A complete blood work-up was performed; all kidney valves were in normal range, however, Binx was diagnosed with diabetic mellitus.

7. On or about 1-17-07, Binx was started on lantus insulin and Hill's Prescription Diet m/d canned cat food.

8. On or about 1-25-07, the veterinarian and a representative from Hill's recommended switching Binx over to Prescription Diet m/d dry feline food. Plaintiffs were also advised their other cat, Bastet could be fed the same food.

9. Plaintiffs chose Hill's Science Diet to feed both Binx and Bastet because it offered health benefits other foods did not, even though it was considerably more expensive.

10. On or about 3-16-07 Menu Foods issues massive recall of "Savory Cuts and Gravy" product it produces for Hill's Science Diet as well as for other pet food companies.

11. On or about 3/29/07, Binx began vomiting and had decreased appetite over the next week; he eventually stopped eating all together and was lethargic.

12. On or about 3-30-07, Binx is taken to the veterinarian and is diagnosed with acute renal failure. Kidney values are extremely high and Binx is transferred to an emergency veterinary clinic for treatment.

13. On or about 3-30-07, Hill's issues a recall of Prescription Diet m/d dry feline food and plaintiffs stop using Hill's m/d dry prescription cat food.

14. 3-31-07, Binx is not urinating and treatment is not successful.

15. 4-1-07; Binx has fluid overload and the only option is to do dialysis. The family could not afford kidney dialysis and the outcome was speculative.

16. 4-1-07; fluid is starting to collect around Binx' heart and his breathing is labored. The family decided to euthanize Binx.

17. 4-1-07; tissue and food samples were sent to Iowa State University for testing.

18. On or about 4-2-07, Bastet is seen at Animal Care Clinic for blood tests. Bastet's blood showed high creatnine levels indicating a degree of renal failure. The veterinarian suspected food poisoning and uses aggressive treatment; Bastet spends the night at the clinic.

19. On or about 4-3-07, Bastet is released and creatnine levels are still high. Bastet will not eat at the clinic, and the vet releases Bastet to go home.

20. 4-7-07; Bastet is eating at home and creatnine valve is within normal range.

21. 5-2-07; Bastet's creatnine level his high again.

22. 5-14-07; Bastet's creatnine level is high.

23. 5-23-07; Fluid therapy begins at home, but Bastet is not tolerant of the therapy.

24. 4-11-07; The College of Veterinary Medicine, Veterinary Diagnostics Lab in Ames, Iowa indicated that Binx suffered from toxic nephrosis among other related conditions.

3

25. 9-14-07; DVM Laboratory determined the dry pellet cat food provided by Defendants revealed the presence of melamine and cyanuric acid.

26. 10-3-07; The CVM Laboratory opined that the presence of melamine and cyanuric acid in the dry cat food caused the animal's death by consuming these contaminants.

27. Plaintiff's cats were poisoned by Defendant.

28. Defendant's conduct exhibited a reckless disregard for Plaintiffs and Plaintiff's cats.

## COUNT I

## (NEGLIGENCE AS AGAINST HILL'S PET NUTRITION, INC.)

0 - 28. The plaintiffs incorporate the preceding paragraphs of Statement of Facts, by this reference, as if each and every of these paragraphs were set forth here in their entirety.

29. That Plaintiffs are under no legal disability and are residents and citizens of the State of Illinois.

30. That Defendant does business as "Hills Science Diet" and is a corporation which has an extensive presence within the State of Illinois and especially within Cook County, Illinois.

31. That Defendant's business consists of distribution and sale of pet foods, among other things.

32. That in conjunction with the sale of such items as pet foods, Defendant represents their food is healthier for cats than other types of cat food.

33. That Defendants guaranteed and when questioned, stated that their

4

product is better than other less expensive brands of cat food.

34.    The defendant designed, manufactured, distributed, and sold pet food and products that were adulterated with melanine and cyanuric acid, a potentially deadly poison.  These products, as a result of adulteration, were unfit for pet consumption, and were not reasonably safe as designed, constructed, manufactured, and sold.

35.    The defendant owed a duty to all consumers who would purchase said pet food for its' pets, to manufacture and sell food that was safe for pets to eat, that was not adulterated with potentially deadly poisons, like melanine and cyanuric acid, and that was not in violation of applicable food and safety regulations.

36.    The defendant breached the duties it owed to consumers by committing the following acts and omissions of negligence:

a)    Failed to adequately maintain or monitor the sanitary conditions of its food, suppliers, premises, and employees;

b)    Failed to properly test its food products;

c)    Failed to apply its food safety policies and procedures to ensure the safety of domestic pets;

d)    Failed to prevent the transmission of poisons from its food to its' customers domestic pets;

e)    Failed to properly train its employees and agents how to prevent the transmission of poisons to its food;

f)     Failed to properly supervise its employees and agents to prevent the transmission of poisons to Plaintiff's cats;

g)     Failed to design, implement, have, or enforce a policy which would prevent the poisoning of Plaintiff's cats;

h)     Failed to design or implement a policy which would timely remove poisonous product from commerce to prevent the poisoning of Plaintiff's cats;

i)     Failed to properly investigate CHEMNUTRA, INC.; and

j)     Failed to properly determine if suppliers of food material is in compliance with standards in the industry.

37.   The plaintiffs were injured and their pets sustained injury and death as the proximate result of the defendant's negligent acts and omissions, as set forth above.

WHEREFORE, Plaintiffs ADRIA TYNDALL, ERIK TYNDALL, and ALEX TYNDALL, a minor, by his mother and next friend, ADRIA TYNDALL, prays this Court find in favor of Plaintiffs and against Defendants, Hills Pet Nutrition, Inc., and award Plaintiffs compensation in excess of the amount to establish jurisdiction in the Law Division of the Circuit Court of Cook County.

## COUNT II

## BREACH OF WARRANTY

0 - 37.   The plaintiffs incorporate the preceding paragraphs of this

Complaint, by this reference, as if each and every of these paragraphs were set forth here in their entirety.

38.    By offering pet food for sale to the general public the defendant Hill's Pet Nutrition expressly warranted that such food was safe for pets to eat, that it was not adulterated with deadly poisons, and that the food had been safely and properly prepared.

39.    By offering pet food for sale to the general public, the defendant also impliedly warranted that such pet food was safe for pets to eat, that it was not adulterated with deadly poisons, and that the food had been safely prepared.

40.    The defendant Hill's Pet Nutrition breached its express and implied warranties with regard to the pet food it manufactured and sold to the plaintiff.

41.    The plaintiffs suffered damages and their pets suffered injury and death as a foreseeable consequence of the defendant Hill's breach of warranties, as set forth above, and is thus entitled to recover for all actual, consequential, and incidental damages that flow directly and in a foreseeable fashion from these breaches.


WHEREFORE, Plaintiffs, ADRIA TYNDALL, ERIK TYNDALL, and ALEX TYNDALL, a minor, by his mother and next friend, ADRIA TYNDALL, prays this Court find in favor of Plaintiffs and against Defendants, Hills Pet Nutrition, Inc., and award Plaintiffs as follows:

a) Reimbursement for all veterinary costs for Binx and Bastet;

b) Compensation / damages;

c) ~~Attorney's fees, and~~

d) Any such further relief this Court deems just.

## COUNT III
## HUMANE CARE FOR ANIMALS ACT

0 - 41.   The plaintiff incorporates the preceding paragraphs of this Complaint, by this reference, as if each and every of these paragraphs were set forth here in their entirety.

42.  At all times relevant hereto, 510 ILCS 70/3.02 was the law in Illinois and states, in part:

Sec. 3.02. Aggravated cruelty.  No person may intentionally commit an act that causes a companion animal to suffer serious injury or death.    A person convicted of violating Sec. 3.02 is guilty of a Class 4 felony.   A second or subsequent violation is a Class 3 felony.

43.  At all times relevant hereto, 510 ILCS 70/16.3 was the law in Illinois and states, in part:

Sec. 16.3.  Civil Actions.  Any person who has a right of ownership in an animal that is subjected to an act of aggravated cruelty under Section 3.02 or torture under Section 3.03 in violation of this Act or in an animal that is injured or killed as a result of actions taken by a person who acts in bad faith under subsection (b) of the Section 3.06 or under Section 12 of the Act may bring a civil action to recover the damages sustained by that owner. Damages may include, but are not limited to, the monetary value of the animal, veterinary expenses incurred on behalf of the animal, any other expenses incurred by the owner in rectifying the effects of the cruelty, pain and suffering of the animal, and emotional distress suffered by the owner.  In addition to damages that may be proven, the owner is also entitled to punitive or exemplary damages of not less than $500 but not more than $25,000 for each act of abuse or neglect to which the animal was subjected.  In addition, the court must award reasonable attorney's fees and costs actually incurred by the owner in the prosecution of any action under this Section.

8

The remedies provided in this Section are in addition to any other remedies allowed by law.

In an action under this Section, the Court may enter any injunctive Orders reasonably necessary to protect animals from any further acts of abuse, neglect, or harassment by a defendant.

The statute of limitations for cruelty to animals is two years.

WHEREFORE, Plaintiffs, ADRIA TYNDALL, ERIK TYNDALL, and ALEX TYNDALL, a minor, by his mother and next friend, ADRIA TYNDALL, prays this Court find in favor of Plaintiffs and against Defendants, Hills Pet Nutrition, Inc., and award Plaintiffs as follows:

a) Reimbursement for all veterinary costs for Binx and Bastet;

b) Compensation / damages;

c) Punitive damages;

d) Attorney's fees; and

e) Any such further relief this Court deems just.

## COUNT IV

## (VIOLATION OF ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT

0 – 43.   The plaintiff incorporates the preceding paragraphs of this Complaint, by this reference, as if each and every of these paragraphs were set forth here in their entirety.

44.  That Defendant intended for Plaintiff and other customers to rely on said representation in purchasing products, and that in reliance on, inter alia, Defendant's aforesaid representation, Plaintiff purchased Defendant's product.

9

45. That Defendant's representation constitutes deceptive, fraudulent, or unfair business practices in violation of the Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 50/51, *et seq.*) as Defendants actually put into commerce a product which was poisonous to cats.

WHEREFORE, Plaintiffs pray this Court award as follows:

a) Compensation / damages;

b) Punitive damages;

c) Attorney's fees; and

d) Any such further relief this Court deems just.

## COUNT V

## STRICT LIABILITY AS TO HILL'S PET NUTRITION

0 – 45. The plaintiff incorporates the preceding paragraphs of this Complaint, by this reference, as if each and every of these paragraphs were set forth here in their entirety.

46. Hill's Pet Nutrition, Inc. is in the business of manufacturing and distributing cat food and distributed adulterated food which injured one of Plaintiff's cats and killed the other.

47. Cat food which contains melanine is unsafe when put into use and sold for cat consumption.

48. The cat food which was manufactured and distributed to Plaintiff's cats by defendant Hill's Pet Nutrition, Inc. was contaminated with melanine at the

10

time it left the control of Hill's Pet Nutrition, Inc.

49. The Plaintiff's cats' consumption of the contaminated food caused illness, injury and death to BINX and injury and illness to BASTET.

50. Defendant HILL'S PET NUTRITION, INC. is strictly liable to the Plaintiffs for the harm proximately caused by the manufacture and distribution of unsafe and defective food.

WHEREFORE, Plaintiffs pray this Court award as follows:

a) Compensation / damages;

~~b) Punitive damages;~~

~~c) Attorney's fees; and~~

d) Any such further relief this Court deems just.

## COUNT VI

## STRICT LIABILITY AS TO CHEMNUTRA, INC.

0 – 50. The plaintiff incorporates the preceding paragraphs of this Complaint, by this reference, as if each and every of these paragraphs were set forth here in their entirety.

51. ChemNutra, Inc. is in the business of manufacturing and/or distributing product used in cat food and distributed adulterated food which injured one of Plaintiff's cats and killed the other.

52. Cat food which contains melanine is unsafe when put into use and sold for cat consumption.

53. The cat food which was manufactured and distributed to Plaintiff's cats by defendant ChemNutra, Inc. was contaminated with melanine at the time it left the control of ChemNutra, Inc.

54. The Plaintiff's cats' consumption of the contaminated food caused illness, injury and death to BINX and injury and illness to BASTET.

55. Defendant ChemNutra, Inc. is strictly liable to the Plaintiffs for the harm proximately caused by the manufacture and distribution of unsafe and defective food.

WHEREFORE, Plaintiffs pray this Court award as follows:

a) Compensation / damages;

b) Punitive damages;

c) Attorney's fees; and

d) Any such further relief this Court deems just.

Respectfully Submitted,
ADRIA TYNDALL AND ERIK TYNDALL

By: _____
One of Their Attorneys

Gary A. Newland
NEWLAND, NEWLAND & NEWLAND
121 S. Wilke Road, Suite 101
Arlington Heights, Illinois 60005
(847) 797-8000
Atty. No. 32700

12

EXHIBIT

A

# ANIMAL CARE CLINIC

---

### FACSIMILE TRANSMITTAL SHEET

---

TO: Dr Forester + Review board    FROM: Dr Bierlein

COMPANY: Hills    DATE: 5-24-07

FAX NUMBER: 800-548-8329    TOTAL NO. OF PAGES INCLUDING COVER: 8

RE: Binx + Bastet Tyndall

---

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

Enclosed are copies of our invoices for both cats. I was not able to get invoices from the E.R. (Animal Emergency Clinic of Mc Henry County   # 815-479-9119   Fax 847-854-9119)

Also enclosed is the preliminary report from Iowa concerning kidney histopath for Binx.

Binx Case# 100-125-156
Bastet Case# 100-131-341

---

**Dr. Dan Markwalder    Dr. Sharon Payne    Dr. Dawn Thrall    Dr. Katie Schreurs**

**Dr. Cheryl Stroud    Dr. Paul Bierlein    Dr. Adam Conroy    Dr Shalini Emmanuel**

---

**230 STONEGATE ROAD ✳ ALGONQUIN, IL 60102**
**PHONE: (847) 854-8387   FAX: (847) 854-6614**

# ANIMAL CARE CLINIC

FACSIMILE TRANSMITTAL SHEET

TO: Dr Wayner, DVM    FROM: Dr Bierlein

COMPANY: Hills    DATE: 5-24-07

FAX NUMBER: 785-368-5263    TOTAL NO. OF PAGES INCLUDING COVER: 8

RE: Binx & Bastet Tyndall

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Enclosed are copies of our invoices for both cats. I was not able to get invoices from the E.R. (Animal Emergency Clinic of McHenry County   #815-479-9119    Fax 847-854-9119)

Also enclosed is the preliminary report from Iowa concerning kidney histopath for Binx.

Binx Case# 100-125-156
Bastet Case# 100-131-341

Dr. Dan Markwalder    Dr. Sharon Payne    Dr. Dawn Thrall    Dr. Katie Schreurs

Dr. Cheryl Stroud    Dr. Paul Bierlein    Dr. Adam Conroy    Dr Shalini Emmanuel

230 STONEGATE ROAD ● ALGONQUIN, IL 60102
PHONE: (847) 854-8387   FAX: (847) 854-6614

# ANIMAL CARE CLINIC

"CARING FOR PETS AND THEIR PEOPLE"
230 STONEGATE ROAD
ALGONQUIN, IL 60102
(847) 854-8387

Page 1 / 1

Adria & Erik Tyndall
1537 Magnolia Drive
Crystal Lake, IL 60014

Client ID: 131845
Invoice #: 261928
Date: 3/30/2007

| Patient ID: 131845-1 | Species: FELINE | Weight: 16.30 pounds |
|---|---|---|
| Patient Name: Binx | Breed: SIAMESE | Birthday: 01/13/1999    Sex: Neuter |

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 3/30/2007 | EXAMINATION RECHECK | PAUL A. BIERLEIN, DVM | 1.00 | $38.00 |
| 3/30/2007 | CBC/CHEMISTRY (IN-HOUSE) | | 1.00 | $112.00 |
| 3/30/2007 | URINALYSIS | | 1.00 | $29.75 |
| 3/30/2007 | CULTURE (URINE BACTERIAL) | | 1.00 | $99.00 |
| 3/30/2007 | YOUR RECEPTIONIST WAS LAURA F | | 1.00 | $0.00 |

| | |
|---|---|
| Patient Subtotal: | $278.75 |
| Invoice Total: | $278.75 |
| Total: | $278.75 |
| Invoice Balance Due: | $278.75 |
| VISA: | ($278.75) |
| Less Payment: | ($278.75) |
| Invoice Balance Due: | $0.00 |
| Balance Due: | $0.00 |

HEARTWORM & FLEA SEASON IS PRACTICALLY HERE!  THAT'S RIGHT ... SPRING IS
JUST AROUND THE CORNER  AND THAT MEANS FLEAS AND MOSQUITOS THAT
CARRY  HEARTWORM DISEASE WON'T BE FAR BEHIND.  "PREVENTION BEFORE
INFESTATION" IS THE KEY.  MAKE SURE YOUR PET'S HEARTWORM TEST IS
UP-TO-DATE AND START HIM/HER ON PREVENTION  " N O W "!

# ANIMAL CARE CLINIC

"CARING FOR PETS AND THEIR PEOPLE"
230 STONEGATE ROAD
ALGONQUIN, IL 60102
(847) 854-8387

Adria & Erik Tyndall
1537 Magnolia Drive
Crystal Lake, IL 60014

Client ID: 131845
Invoice #: 262131
Date: 4/2/2007

| Patient ID: 131845-2 | Species: FELINE | Weight: | |
| Patient Name: Bastet | Breed: SIAMESE | Birthday: 01/19/1999 | Sex: Spay |

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 2/2007 | PRE ANESTHETIC BLOOD SCREEN I | SHARON M. PAYNE, DVM | 1.00 | $58.00 |
| 2/2007 | ELECTROLYTES  (IN-HOUSE) | | 1.00 | $23.00 |
| 2/2007 | HOSPITALIZATION (DAY) | | 1.00 | $44.00 |
| 2/2007 | IV Catheter and IV Fiuids, in Hospital | | 1.00 | $0.00 |
| 2/2007 | FLUIDS INTRAVENOUS/LITER | | 1.00 | $20.00 |
| 2/2007 | CATHETERIZATION IV | | 1.00 | $65.00 |
| 2/2007 | IV SET-UP | | 1.00 | $18.75 |
| 2/2007 | URINALYSIS | | 1.00 | $29.75 |
| 2/2007 | YOUR RECEPTIONIST WAS LAURA F | | 1.00 | $0.00 |

| | |
|---|---|
| Patient Subtotal: | $258.50 |
| Invoice Total: | $258.50 |
| Total: | $258.50 |
| Invoice Balance Due: | $258.50 |
| VISA: | ($258.50) |
| Less Payment: | ($258.50) |
| Invoice Balance Due: | $0.00 |
| Balance Due: | $0.00 |

HEARTWORM & FLEA SEASON IS PRACTICALLY HERE!  THAT'S RIGHT ... SPRING IS
JUST AROUND THE CORNER. AND THAT MEANS FLEAS AND MOSQUITOS THAT
CARRY  HEARTWORM DISEASE WON'T BE FAR BEHIND.  "PREVENTION BEFORE
INFESTATION" IS THE KEY.  MAKE SURE YOUR PET'S HEARTWORM TEST IS
UP-TO-DATE AND START HIM/HER ON PREVENTION  " N O W "!

# ANIMAL CARE CLINIC

"CARING FOR PETS AND THEIR PEOPLE"
230 STONEGATE ROAD
ALGONQUIN, IL 60102
(847) 854-8387

Page 1 / 1

Adria & Erik Tyndall
1537 Magnolia Drive
Crystal Lake, IL 60014

Client ID: 131845
Invoice #: 262616
Date: 4/7/2007

---

| Patient ID: 131845-2 | | Species: FELINE | Weight: | |
| Patient Name: Bastet | | Breed: SIAMESE | Birthday: 01/19/1999 | Sex: Spay |

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 7/2007 | VET TEST | PAUL A. BIERLEIN, DVM | 1.00 | $27.75 |
| 7/2007 | ADDITIONAL VET TEST | | 1.00 | $19.65 |
| 7/2007 | C-PINK COUPON-$10 OFF VISIT | | -1.00 | ($10.00) |
| 7/2007 | YOUR RECEPTIONIST WAS DONNA K | | 1.00 | $0.00 |

| | |
|---|---|
| Patient Subtotal: | $37.40 |
| Invoice Total: | $37.40 |
| Total: | $37.40 |
| Invoice Balance Due: | $37.40 |
| VISA: | ($37.40) |
| Less Payment: | ($37.40) |
| Invoice Balance Due: | $0.00 |
| Balance Due: | $0.00 |

HEARTWORM & FLEA SEASON IS PRACTICALLY HERE! THAT'S RIGHT ... SPRING IS
JUST AROUND THE CORNER AND THAT MEANS FLEAS AND MOSQUITOS THAT
CARRY HEARTWORM DISEASE WON'T BE FAR BEHIND. "PREVENTION BEFORE
INFESTATION" IS THE KEY. MAKE SURE YOUR PET'S HEARTWORM TEST IS
UP-TO-DATE AND START HIM/HER ON PREVENTION " N O W "!

# ANIMAL CARE CLINIC

Page 1 / 1

"CARING FOR PETS AND THEIR PEOPLE"
230 STONEGATE ROAD
ALGONQUIN, IL 60102
(847) 854-8387

Adria & Erik Tyndall
1537 Magnolia Drive
Crystal Lake, IL 60014

Client ID: 131845
Invoice #: 266174
Date: 5/23/2007

---

| Patient ID: 131845-2 | | Species: FELINE | | Weight: | |
|---|---|---|---|---|---|
| Patient Name: Bastet | | Breed: SIAMESE | | Birthday: 01/19/1999 | Sex Spay |

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 23/2007 | LACTATED RINGER 1 LITER | SHARON M. PAYNE, DVM | 2.00 | $29.50 |
| 23/2007 | VENOSET | | 1.00 | $14.50 |
| 23/2007 | NEEDLES/SYRINGES | | 10.00 | $5.80 |
| | | Patient Subtotal: | | $49.80 |

| Patient ID: 131845-3 | | Species: FELINE | | Weight: 1.60 pounds | |
|---|---|---|---|---|---|
| Patient Name: Frankie | | Breed: SIAMESE | | Birthday: 02/26/2007 | Sex Female |

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 23/2007 | FVRCP FELINE KITTEN (3WI) | SHARON M. PAYNE, DVM | 1.00 | $0.00 |
| 23/2007 | FECAL EXAMINATION (FLOTATION) | | 1.00 | $0.00 |
| 23/2007 | 2ND DEWORMING (NO `R`) | | 1.00 | $0.00 |
| | | Patient Subtotal: | | $0.00 |

Reminder
6/13/2007   FVRCP FELINE KITTEN (3WI)
5/23/2008   FECAL EXAMINATION (FLOTATION)

| | |
|---|---|
| Invoice Total: | $49.80 |
| Total: | $49.80 |
| Invoice Balance Due: | $49.80 |
| VISA: | ($49.80) |
| Less Payment: | ($49.80) |
| Invoice Balance Due: | $0.00 |
| Balance Due: | $0.00 |

HEARTWORM & FLEA SEASON IS PRACTICALLY HERE! THAT'S RIGHT ... SPRING IS
JUST AROUND THE CORNER. AND THAT MEANS FLEAS AND MOSQUITOS THAT
CARRY HEARTWORM DISEASE WON'T BE FAR BEHIND. "PREVENTION BEFORE
INFESTATION" IS THE KEY. MAKE SURE YOUR PET'S HEARTWORM TEST IS
UP-TO-DATE AND START HIM/HER ON PREVENTION " N O W "!

**Total Out of Pocket Costs for Kidney Failure**

| Cat | Date | Location | Description | Cost |
|---|---|---|---|---|
| Binx | 3/30/2007 | Animal Care Clinic | Lab Work and Exam | 278.75 |
| Binx | 3/30/2007 | Animal Emergency | Hospitalization, Euthansia, Pathology | 961.37 |
| Bastet | 4/2/2007 | Animal Care Clinic | Labwork, Fluids, Exam | 258.50 |
| Bastet | 4/2/2007 | Animal Emergency | Hospitalization | 193.30 |
| Bastet | 4/7/2007 | Animal Care Clinic | Labwork | 37.40 |
| Bastet | 5/2/2007 | Animal Care Clinic | Labwork | 47.40 |
| Bastet | 5/23/2007 | Animal Care Clinic | Sub-Q Fluid Supplies | 49.80 |
| | | | Total | 1826.52 |

# ANIMAL CARE CLINIC

Page 1 / 1

CARING FOR PETS AND THEIR PEOPLE  4/28/2008

230 STONEGATE ROAD
ALGONQUIN, IL 60102
(847) 854-6387

Adria & Erik Tyndall
537 Magnolia Drive
Crystal Lake, IL 60014

Client ID: 131845
Invoice #: 260546
Date: 3/14/2007

| Patient ID: 131845-1 | Species: FELINE | Weight: 16.30 pounds | |
|---|---|---|---|
| Patient Name: Binx | Breed: SIAMESE | Birthday: 01/13/1999 | Sex: Neuter |

| Description | Staff Name | Quantity | Total |
|---|---|---|---|
| 14/2007 Feline M/D-10# Bag | ANIMAL CARE CLINIC | 1.00 | $31.59 |
| 14/2007 YOUR RECEPTIONIST IS STEPHANIE | | 1.00 | $0.00 |

| | |
|---|---|
| Patient Subtotal: | $31.59 |
| Invoice Total: | $31.59 |
| Total: | $31.59 |
| Invoice Balance Due: | $31.59 |
| VISA: | ($31.59) |
| Less Payment: | ($31.59) |
| Invoice Balance Due: | $0.00 |
| Balance Due: | $0.00 |



HEARTWORM & FLEA SEASON IS PRACTICALLY HERE! THAT'S RIGHT ... SPRING IS
JUST AROUND THE CORNER  AND THAT MEANS FLEAS AND MOSQUITOS THAT
CARRY  HEARTWORM DISEASE WON'T BE FAR BEHIND.   "PREVENTION BEFORE
INFESTATION" IS THE KEY.  MAKE SURE YOUR PET'S HEARTWORM TEST IS
UP-TO-DATE AND START HIM/HER ON PREVENTION  " N O W "!

# ANIMAL CARE CLINIC

"CARING FOR PETS AND THEIR PEOPLE"
230 STONEGATE ROAD
ALGONQUIN, IL 60102
(847) 854-8387

Adria & Erik Tyndall
1537 Magnolia Drive
Crystal Lake, IL 60014

Client ID: 131845
Invoice #: 261928
Date: 3/30/2007

Patient ID: 131845-1
Patient Name: Binx

Species: FELINE
Breed: SIAMESE

Weight:   16.30   pounds
Birthday: 01/13/1999      Sex: Neuter

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 30/2007 | EXAMINATION RECHECK | PAUL A. BIERLEIN, DVM | 1.00 | $38.00 |
| 30/2007 | CBC/CHEMISTRY  (IN-HOUSE) | | 1.00 | $112.00 |
| 30/2007 | URINALYSIS | | 1.00 | $29.75 |
| 30/2007 | CULTURE (URINE BACTERIAL) | | 1.00 | $99.00 |
| 30/2007 | YOUR RECEPTIONIST WAS LAURA F | | 1.00 | $0.00 |

| | |
|---|---|
| Patient Subtotal: | **$278.75** |
| Invoice Total: | **$278.75** |
| Total: | $278.75 |
| Balance Due: | $278.75 |
| Previous Balance: | $0.00 |
| Balance Due: | $278.75 |
| VISA: | ($278.75) |
| Less Payment: | ($278.75) |
| **Balance Due:** | **$0.00** |

HEARTWORM & FLEA SEASON IS PRACTICALLY HERE!  THAT'S RIGHT ... SPRING IS
JUST AROUND THE CORNER  AND THAT MEANS FLEAS AND MOSQUITOS THAT
CARRY  HEARTWORM DISEASE WON'T BE FAR BEHIND.   "PREVENTION BEFORE
INFESTATION" IS THE KEY.  MAKE SURE YOUR PET'S HEARTWORM TEST IS
UP-TO-DATE AND START HIM/HER ON PREVENTION  " N O W "!

# Animal Emergency of McHenry County

1095 Pingree Road
Crystal Lake, IL 60014
(815) 479-9119

Page 1 / 2

Erik Tyndall
1537 Magnolia Dr.
Crystal Lake, IL 60014

Client ID: 20388
Invoice #: 30485
Date: 4/1/2007

**Open Invoice**

| Patient ID: 20388-1 | Species: FELINE | Weight: | |
|---|---|---|---|
| Patient Name: Binx | Breed: SIAMESE | Birthday: 03/30/1999 | Sex: Neutered Male |

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 3/30/2007 | Examination - Transfer | Elizabeth McVey, DVM | 1.00 | $60.00 |
| 3/30/2007 | Catheter  Cephalic/Saphenous | | 1.00 | $40.00 |
| 3/30/2007 | IV Set up Fee | | 1.00 | $11.34 |
| 3/30/2007 | Saline Solution .9% | | 1.00 | $22.00 |
| 3/30/2007 | Hospitalization Level 1 | | 1.00 | $35.00 |
| 3/30/2007 | Pump Fee/ 12 hours | | 1.00 | $5.40 |
| 3/30/2007 | Inj-Famotidine 10 mg/ml | | 0.35 | $22.00 |
| 3/30/2007 | Vetlyte-Initial | | 1.00 | $22.00 |
| 3/30/2007 | Serial Blood Glucose | | 1.00 | $10.00 |
| 3/30/2007 | Insulin - Humulin-N | | 1.00 | $11.00 |
| 3/30/2007 | Inj-Lasix/Furosemide 50mg/ml 100ml | | 0.30 | $28.00 |
| 3/30/2007 | Ultrasound- Level I | | 1.00 | $40.00 |
| 3/31/2007 | Inj-Lasix/Furosemide 50mg/ml 100ml | Melanie M. Mokos, DVM | 0.60 | $14.00 |
| 3/31/2007 | Inj-Lasix/Furosemide 50mg/ml 100ml | | 1.00 | $14.00 |
| 3/31/2007 | CRI-Setup fee | | 1.00 | $9.75 |
| 3/31/2007 | Serial Blood Glucose | | 3.00 | $30.00 |
| 3/31/2007 | Insulin - Humulin R | | 2.00 | $22.00 |
| 3/31/2007 | Pump Fee/ 12 hours | | 1.00 | $5.40 |
| 3/31/2007 | Hospitalization Level 1 | | 1.00 | $35.00 |
| 3/31/2007 | Hospitalization Level 1 | Stephanie Larson, DVM | 1.00 | $35.00 |
| 3/31/2007 | Pump Fee/ 12 hours | | 1.00 | $5.40 |
| 3/31/2007 | Urinalysis (Complete) | | 1.00 | $32.00 |
| 3/31/2007 | Catheter - Urinary/Feline Male | | 1.00 | $21.60 |
| 3/31/2007 | Urinary Collecton System | | 1.00 | $6.48 |
| 3/31/2007 | Inj-Baytril 100 mg/ml | | 0.36 | $28.00 |
| 3/31/2007 | Serial Blood Glucose | | 2.00 | $20.00 |
| 3/31/2007 | Inj-Famotidine 10 mg/ml | | 0.35 | $11.00 |
| 3/31/2007 | PCV (Packed Cell Volume)/T.P. | | 1.00 | $13.00 |
| 3/31/2007 | Vetlyte-Multiple | | 1.00 | $14.00 |
| 4/1/2007 | Hospitalization Level 1 | Alicia M. Ragni, DVM | 0.50 | $17.50 |
| 4/1/2007 | Euthanasia of Pet | | 3.00 | $55.00 |
| 4/1/2007 | Idexx-Histopath 1site #601 | | 1.00 | $100.50 |
| 4/1/2007 | Cremation Private Small | AEMC Hospital | 1.00 | $165.00 |

**Patient Subtotal:**  **$961.37**

Our staff would like to offer our deepest sympathy on the loss of your pet.

# Animal Emergency of McHenry County

1095 Pingree Road
Crystal Lake, IL 60014
(815) 479-9119

Page 2 / 2

Erik Tyndall
1537 Magnolia Dr.
Crystal Lake, IL 60014

Client ID: 20388

Invoice #: 30485

Date: 4/1/2007

## Open Invoice

| | |
|---|---|
| Invoice Total: | **$961.37** |
| Total: | $961.37 |
| Balance Due: | $961.37 |
| Previous Balance: | ($375.00) |
| **Balance Due:** | **$586.37** |

**Our staff would like to offer our deepest sympathy on the loss of your pet.**

# Animal Emergency of McHenry County

1095 Pingree Road
Crystal Lake, IL 60014
(815) 479-9119

Page 1 / 1

Erik Tyndall
1537 Magnolia Dr.
Crystal Lake, IL 60014

Client ID: 20388
Invoice #: 33408
Date: 8/20/2007

| Patient ID: 20388-1 | Species: FELINE | Weight: | |
|---|---|---|---|
| Patient Name: Binx | Breed: SIAMESE | Birthday: 03/30/1999 | Sex: Neutered Male |

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 8/20/2007 | Dr. Ensley Iowa Stae Food test | Alicia M. Ragni, DVM | 1.00 | $200.00 |
| 8/20/2007 | Owner requests AR/KS | | 1.00 | $0.00 |
| 8/20/2007 | Service Charge | | 1.00 | $15.00 |
| | | Patient Subtotal: | | $215.00 |
| | | Invoice Total: | | $215.00 |
| | | Total: | | $215.00 |
| | | Balance Due: | | $215.00 |
| | | Previous Balance: | | $0.00 |
| | | Balance Due: | | $215.00 |
| | | Visa: | | ($200.00) |
| | | Visa: | | ($15.00) |
| | | Less Payment: | | ($215.00) |
| | | Balance Due: | | $0.00 |

# ANIMAL CARE CLINIC

"CARING FOR PETS AND THEIR PEOPLE"
230 STONEGATE ROAD
ALGONQUIN, IL 60102
(847) 854-8387

Adria & Erik Tyndall
1537 Magnolia Drive
Crystal Lake, IL 60014

Client ID: 131845
Invoice #: 262131
Date: 4/2/2007

| Patient ID: 131845-2 | Species: FELINE | Weight: | |
|---|---|---|---|
| Patient Name: Bastet | Breed: SIAMESE | Birthday: 01/19/1999 | Sex: Spay |

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| /2/2007 | PRE ANESTHETIC BLOOD SCREEN I | SHARON M. PAYNE, DVM | 1.00 | $58.00 |
| /2/2007 | ELECTROLYTES  (IN-HOUSE) | | 1.00 | $23.00 |
| /2/2007 | HOSPITALIZATION (DAY) | | 1.00 | $44.00 |
| /2/2007 | IV Catheter and IV Flluids, in Hospital | | 1.00 | $0.00 |
| /2/2007 | FLUIDS INTRAVENOUS/LITER | | 1.00 | $20.00 |
| /2/2007 | CATHETERIZATION IV | | 1.00 | $65.00 |
| /2/2007 | IV SET-UP | | 1.00 | $18.75 |
| /2/2007 | URINALYSIS | | 1.00 | $29.75 |
| i/2/2007 | YOUR RECEPTIONIST WAS LAURA F | | 1.00 | $0.00 |

| | |
|---|---|
| Patient Subtotal: | $258.50 |
| Invoice Total: | $258.50 |
| Total: | $258.50 |
| Invoice Balance Due: | $258.50 |
| VISA: | ($258.50) |
| Less Payment: | ($258.50) |
| Invoice Balance Due: | $0.00 |
| Balance Due: | $0.00 |

HEARTWORM & FLEA SEASON IS PRACTICALLY HERE!  THAT'S RIGHT ... SPRING IS
JUST AROUND THE CORNER  AND THAT MEANS FLEAS AND MOSQUITOS THAT
CARRY  HEARTWORM DISEASE WON'T BE FAR BEHIND.   "PREVENTION BEFORE
INFESTATION" IS THE KEY. MAKE SURE YOUR PET'S HEARTWORM TEST IS
UP-TO-DATE AND START HIM/HER ON PREVENTION  " N O W "!

# Animal Emergency of McHenry County

1095 Pingree Road
Crystal Lake, IL 60014
(815) 479-9119

Page 1 / 1

Erik Tyndall
1537 Magnolia Dr.
Crystal Lake, IL 60014

Client ID: 20388
Invoice #: 30543
Date: 4/3/2007

| Patient ID: 20388-2 | | Species: FELINE | | Weight: 12.00 pounds | |
| --- | --- | --- | --- | --- | --- |
| Patient Name: Bastet | | Breed: SIAMESE | | Birthday: 01/19/1999 | Sex: Spayed Female |

| | Description | Staff Name | Quantity | Total |
| --- | --- | --- | --- | --- |
| 4/2/2007 | Examination - Transfer | Alicia M. Ragni, DVM | 1.00 | $60.00 |
| 4/2/2007 | Hospitalization Level 1 | Elizabeth McVey, DVM | 1.00 | $35.00 |
| 4/2/2007 | Pump Fee/ 12 hours | | 1.00 | $5.40 |
| 4/3/2007 | Hospitalization Level 1 | Mike Hochman, DVM | 1.00 | $35.00 |
| 4/3/2007 | Pump Fee/ 12 hours | | 1.00 | $5.40 |
| 4/3/2007 | PCV (Packed Cell Volume)/T.P. | | 1.00 | $13.00 |
| 4/3/2007 | Creatinine- Vet-Test | | 1.00 | $12.00 |
| 4/3/2007 | Vetlyte-Initial | | 1.00 | $22.00 |
| 4/3/2007 | Potassium Chloride 20 MEQ 10 mL | | 1.00 | $5.50 |
| | | **Patient Subtotal:** | | **$193.30** |

Instructions

Monitor attitude, appetite, elimination and for any vomiting.  Call rDVM on Wednesday to update and discuss follow up
— recommended recheck kidney values within a few days.  Call immediately with any concerns.

| | |
| --- | --- |
| **Invoice Total:** | **$193.30** |
| Total: | $193.30 |
| Balance Due: | $193.30 |
| Previous Balance: | ($200.00) |
| **Balance Due:** | **($6.70)** |

# ANIMAL CARE CLINIC

"CARING FOR PETS AND THEIR PEOPLE"
230 STONEGATE ROAD
ALGONQUIN, IL 60102
(847) 854-8387

Page 1 / 1

Adria & Erik Tyndall
1537 Magnolia Drive
Crystal Lake, IL 60014

Client ID: 131845
Invoice #: 262616
Date: 4/7/2007

---

Patient ID: 131845-2          Species: FELINE          Weight:

Patient Name: Bastet          Breed: SIAMESE          Birthday: 01/19/1999          Sex: Spay

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 4/7/2007 | VET TEST | PAUL A. BIERLEIN, DVM | 1.00 | $27.75 |
| 4/7/2007 | ADDITIONAL VET TEST | | 1.00 | $19.65 |
| 4/7/2007 | C-PINK COUPON-$10 OFF VISIT | | -1.00 | ($10.00) |
| 4/7/2007 | YOUR RECEPTIONIST WAS DONNA K | | 1.00 | $0.00 |

| | |
|---|---|
| **Patient Subtotal:** | **$37.40** |
| **Invoice Total:** | **$37.40** |
| Total: | $37.40 |
| Balance Due: | $37.40 |
| Previous Balance: | $0.00 |
| Balance Due: | $37.40 |
| VISA: | ($37.40) |
| Less Payment: | ($37.40) |
| **Balance Due:** | **$0.00** |

HEARTWORM & FLEA SEASON IS PRACTICALLY HERE!  THAT'S RIGHT ... SPRING IS
JUST AROUND THE CORNER  AND THAT MEANS FLEAS AND MOSQUITOS THAT
CARRY  HEARTWORM DISEASE WON'T BE FAR BEHIND.   "PREVENTION BEFORE
INFESTATION" IS THE KEY.  MAKE SURE YOUR PET'S HEARTWORM TEST IS
UP-TO-DATE AND START HIM/HER ON PREVENTION  " N O W "!

# ANIMAL CARE CLINIC

Page 1 / 2

"CARING FOR PETS AND THEIR PEOPLE"
230 STONEGATE ROAD
ALGONQUIN, IL 60102
(847) 854-8387

Adria & Erik Tyndall
1537 Magnolia Drive
Crystal Lake, IL 60014

Client ID: 131845
Invoice #: 264511
Date: 5/2/2007

| Patient ID: 131845-2 | Species: FELINE | Weight: | |
|---|---|---|---|
| Patient Name: Bastet | Breed: SIAMESE | Birthday: 01/19/1999 | Sex: Spay |

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| /2/2007 | VET TEST | SHARON M. PAYNE, DVM | 1.00 | $27.75 |
| /2/2007 | ADDITIONAL VET TEST | | 1.00 | $19.65 |
| /2/2007 | YOUR RECEPTIONIST WAS DONNA K | | 1.00 | $0.00 |
| | | **Patient Subtotal:** | | **$47.40** |

| Patient ID: 131845-3 | Species: FELINE | Weight: 1.60 pounds | |
|---|---|---|---|
| Patient Name: Frankie | Breed: SIAMESE | Birthday: 02/26/2007 | Sex: Female |

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| /20/2007 | CLAVAMOX DROPS | PAUL A. BIERLEIN, DVM | 1.00 | $22.50 |
| /20/2007 | TORBUTROL 1 MG | | 2.00 | $10.50 |
| /2/2007 | FVRCP FELINE KITTEN (3WI) | SHARON M. PAYNE, DVM | 1.00 | $0.00 |
| /2/2007 | 1ST DEWORMING (2WI) | | 1.00 | $0.00 |
| /2/2007 | FELINE LEUKEMIA/FIV TEST | | 1.00 | $0.00 |
| /2/2007 | KITTEN HEALTH PKG 9-11 W/FL | | 1.00 | $209.80 |
| /2/2007 | YOUR RECEPTIONIST WAS DONNA K | | 1.00 | $0.00 |
| | | **Patient Subtotal:** | | **$242.80** |

structions

LAVAMOX: THIS MEDICATION IS AN ANTIBIOTIC. USE IT AS PRESCRIBED ON THE LABEL.
CCASIONALLY, A PET THAT IS SENSITIVE TO AN ANTIBIOTIC MAY SHOW SOME SIDE EFFECTS,
ICLUDING VOMITING, LOOSE STOOLS, LOSS OF APPETITE, OR A RASH. SHOULD ANY OF THESE
CCUR, STOP THE MEDICATION AND CALL THE HOSPITAL.

eminder

| 5/16/2007 | FECAL EXAMINATION (FLOTATION) |
| 5/16/2007 | 2ND DEWORMING (NO `R`) |
| 5/23/2007 | FVRCP FELINE KITTEN (3WI) |

| | |
|---|---|
| **Invoice Total:** | **$290.20** |
| Total: | $290.20 |
| Balance Due: | $290.20 |
| Previous Balance: | $0.00 |
| Balance Due: | $290.20 |
| VISA: | ($290.20) |
| Less Payment: | ($290.20) |
| **Balance Due:** | **$0.00** |

HEARTWORM & FLEA SEASON IS PRACTICALLY HERE! THAT'S RIGHT ... SPRING IS
JUST AROUND THE CORNER AND THAT MEANS FLEAS AND MOSQUITOS THAT
CARRY HEARTWORM DISEASE WON'T BE FAR BEHIND. "PREVENTION BEFORE
INFESTATION" IS THE KEY. MAKE SURE YOUR PET'S HEARTWORM TEST IS
UP-TO-DATE AND START HIM/HER ON PREVENTION " N O W "!

# ANIMAL CARE CLINIC

"CARING FOR PETS AND THEIR PEOPLE"
230 STONEGATE ROAD
ALGONQUIN, IL 60102
(847) 854-8387

Page 1 / 1

Adria & Erik Tyndall
1537 Magnolia Drive
Crystal Lake, IL 60014

Client ID: 131845
Invoice #: 266174
Date: 5/23/2007

---

| Patient ID: 131845-2 | Species: FELINE | Weight: | |
| Patient Name: Bastet | Breed: SIAMESE | Birthday: 01/19/1999 | Sex: Spay |

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| /23/2007 | LACTATED RINGER 1 LITER | SHARON M. PAYNE, DVM | 2.00 | $29.50 |
| /23/2007 | VENOSET | | 1.00 | $14.50 |
| /23/2007 | NEEDLES/SYRINGES | | 10.00 | $5.80 |
| | | **Patient Subtotal:** | | **$49.80** |

---

| Patient ID: 131845-3 | Species: FELINE | Weight: 1.60 pounds | |
| Patient Name: Frankie | Breed: SIAMESE | Birthday: 02/26/2007 | Sex: Female |

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| /23/2007 | FVRCP FELINE KITTEN (3WI) | SHARON M. PAYNE, DVM | 1.00 | $0.00 |
| /23/2007 | FECAL EXAMINATION (FLOTATION) | | 1.00 | $0.00 |
| /23/2007 | 2ND DEWORMING (NO `R`) | | 1.00 | $0.00 |
| | | **Patient Subtotal:** | | **$0.00** |

eminder
6/13/2007   FVRCP FELINE KITTEN (3WI)
5/23/2008   FECAL EXAMINATION (FLOTATION)

| | |
|---|---|
| **Invoice Total:** | **$49.80** |
| Total: | $49.80 |
| Balance Due: | $49.80 |
| Previous Balance: | $0.00 |
| Balance Due: | $49.80 |
| VISA: | ($49.80) |
| Less Payment: | ($49.80) |
| **Balance Due:** | **$0.00** |

HEARTWORM & FLEA SEASON IS PRACTICALLY HERE! THAT'S RIGHT ... SPRING IS
JUST AROUND THE CORNER AND THAT MEANS FLEAS AND MOSQUITOS THAT
CARRY HEARTWORM DISEASE WON'T BE FAR BEHIND. "PREVENTION BEFORE
INFESTATION" IS THE KEY. MAKE SURE YOUR PET'S HEARTWORM TEST IS
UP-TO-DATE AND START HIM/HER ON PREVENTION " N O W "!

# ANIMAL CARE CLINIC

"CARING FOR PETS AND THEIR PEOPLE"
230 STONEGATE ROAD
ALGONQUIN, IL 60102
(847) 854-8387

Page 1 / 1

& Erik Tyndall
Magnolia Drive
stal Lake, IL 60014

Client ID: 131845
Invoice #: 267863
Date: 6/13/2007

---

Patient ID: 131845-2

Patient Name: Bastet

Species: FELINE

Breed: SIAMESE

Weight:

Birthday: 01/19/1999    Sex: Spay

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| /13/2007 | VET TEST | SHARON M. PAYNE, DVM | 1.00 | $27.75 |
| /13/2007 | ADDITIONAL VET TEST | | 1.00 | $19.65 |
| | | **Patient Subtotal:** | | **$47.40** |

---

Patient ID: 131845-3

Patient Name: Frankie

Species: FELINE

Breed: SIAMESE

Weight:    1.60    pounds

Birthday: 02/26/2007    Sex: Female

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| '13/2007 | RABIES CANINE 1 YEAR BOOSTER | SHARON M. PAYNE, DVM | 1.00 | $0.00 |
| '13/2007 | FVRCP FELINE ADULT BSTR. (12M) | | 1.00 | $0.00 |
| 13/2007 | FECAL EXAMINATION (FLOTATION) | | 1.00 | $0.00 |
| 13/2007 | YOUR RECEPTIONIST IS STEPHANIE | | 1.00 | $0.00 |
| | | **Patient Subtotal:** | | **$0.00** |

structions
)CAL COUNTY ORDINANCE STATES YOU MUST PURCHASE A RABIES TAG FOR YOUR PET ON THE
CTUAL  DATE OF VACCINATION OR A FINE MAY BE IMPOSED.

minder
/13/2008    FVRCP FELINE ADULT BSTR. (12M)
/13/2008    RABIES CANINE 1 YEAR BOOSTER
/13/2008    FECAL EXAMINATION (FLOTATION)

| | |
|---|---|
| Invoice Total: | $47.40 |
| Total: | $47.40 |
| Balance Due: | $47.40 |
| Previous Balance: | $0.00 |
| Balance Due: | $47.40 |
| VISA: | ($47.40) |
| Less Payment: | ($47.40) |
| **Balance Due:** | **$0.00** |

HEARTWORM & FLEA SEASON IS PRACTICALLY HERE!  THAT'S RIGHT ... SPRING IS
JUST AROUND THE CORNER  AND THAT MEANS FLEAS AND MOSQUITOS THAT
CARRY  HEARTWORM DISEASE WON'T BE FAR BEHIND.  "PREVENTION BEFORE
INFESTATION" IS THE KEY.  MAKE SURE YOUR PET'S HEARTWORM TEST IS
UP-TO-DATE AND START HIM/HER ON PREVENTION " N O W "!

Accession: **2007012335**

**Veterinary Diagnostic Laboratory**
Iowa State University
College of Veterinary Medicine
Ames, Iowa 50011-1250
Phone: 515-294-1950
Fax: 515-294-3564

Supplemental Report
Report Date: 10/4/2007

EXHIBIT
B

Dr Alicia Ragni
Animal Emerg of McHenry
1095 Pingree Rd Suite 120

Crystal Lake, IL 60014

Owner: Tyndall, Erik
1537 Magnolia DR
Crystal Lake, IL 60014

Reference: PFR -
Diagnostician: Steven Ensley

| | | |
|---|---|---|
| Client Phone: 1-815-479-9119 | Species: Feline | Age: 8 Years |
| Client Fax: 1-847-854-9119 | Breed: Siamese | Weight: 16 Pounds |
| Client Account#: 401366 | Sex: Castrate | Received: |
| Date Received: 4/9/2007 | Previous Case: | Fr/fxd Tissue, Urine, Feed |
| Preliminary Report: 4/24/2007, 5/11/2007 | | |

### PRELIMINARY REPORT

**History:**
An 8-year-old neutered Siamese male weighing approximately 16 pounds. Vomiting/lethargy. Cat has been a diabetic and has been on 4 units of Lantus BID. Cat acutely ill Thursday. BUN was 108, creat ≃10. Urine sediment initially was inactive, later was full of amorphous crystals and pet progressed to an oliguric state. Owner did not wish to pursue dialysis. (AR)

**Gross Pathology:**
Renomegaly, hepatomegaly ascites. (AR)

**Histopathology:**
Multifocal mild lymphoplasmacytic to suppurative interstitial nephritis and tubulonephritis with low numbers of intralesional oxalate-like and yellow-brown crystals associated with tubular necrosis and attenuation was apparent. Eosinophilic hyaline casts were noted in focal renal tubules. Diffuse hepatocellular vacuolar change with cholestasis, characterized by bile plugs in cannaliculi, focal bile granuloma formation, and yellow-brown pigment within hepatocytes was noted. (VC, PGH)

**Comment:**
Histopathology, in conjunction with clinical pathology, is compatible with acute renal damage.
Microscopic changes in the renal tubules in this instance have characteristics associated with nephrotoxic compounds which could include but are not limited to: ethylene glycol, aminoglycosides, tetracyclines, heavy metals, certain mycotoxins and others. Additional testing and screening remains in progress.

Lesions are consistent with toxic nephrosis. There was also evidence of mild hepatic lipidosis and bile stasis. (4/11/07 sme/na)

The Federal Drug Administration (FDA) has identified melamine as a marker for the suspected toxin in pet food that has been recalled. FDA has also identified cyanuric acid, ammelide and ameline in recalled pet food. It is thought that melamine and cyanuric acid have to be present together in pet food to cause kidney toxicity in animals. The laboratory can perform qualitative analysis of pet food for melamine. The cost is $200.00 for each sample and the turnaround time will be approximately 2 weeks. If you want analysis of the pet food that has been submitted to our laboratory please call me at 515-294-1950 or fax me your request at 515-294-6961. If a request is not received, no analysis will be performed.

### SUPPLEMENTAL REPORT
Analysis of the dry pellet cat food revealed the presence of melamine, cyanuric acid, ammelide and ammeline. (9/14/07 sme/clm)

### ADDENDUM
In my opinion the microscopic lesions observed and the presence of melamine and cyanuric acid in the dry cat feed leads me to the conclusion that this animal died consuming these contaminates. (10/3/07 sme/clm)

Accession: **2007012335**

Steve Ensley, D.V.M., Ph.D.
Veterinary Diagnostician

| Test Ordered | Laboratory Result(s) Order Date | Current Status | Complete Date |
|---|---|---|---|
| Custom Chemistry | 8/26/2007 | Result Released | 8/26/2007 |
| Comments | 10/3/2007 | Result Released | 10/3/2007 |
| No Test | 6/28/2007 | Result Released | 6/28/2007 |
| Hematoxylin and Eosin Slides | 4/9/2007 | Result Released | 4/9/2007 |

**Histopathology**

**Hematoxylin and Eosin Slides**

| Animal ID | Specimen | Slides | Comments |
|---|---|---|---|
| Pet Food Recall | Assorted | 1 | |

**Toxicology**

**Custom Chemistry**

| Identification | Specimen | Analysis |
|---|---|---|
| Pet Food Recall | Feed | Confirmed by GC/MS for Melamine |
| Pet Food Recall | Feed | Confirmed by GC/MS for Ammeline |
| Pet Food Recall | Feed | Confirmed by GC/MS for Ammelide |
| Pet Food Recall | Feed | Confirmed by GC/MS for Cyanuric acid |

**Coordination**

Comments
See Additional Comments

Animal Care Clinic
230 Stonegate Road
Algonquin IL 60102
(847) 854-8387  (815) 356-8387

FAX # (847) 854-6614

**OWNER'S LAST NAME:** Tyndall          **PET'S NAME:** Binx

NEW CLIENT CARD SENT _____    COUPON _____

| DATE/WEIGHT/ CK-IN INITIALS | EXAMINATION/TREAMENT | AMOUNT PAID (DUE/CREDIT) |
|---|---|---|
| 0/13/07  Cat | feline anorexia | |

Has been very obese - now loosing wt
rapidly - drinking a lot water
eating but not as much as ⊙
on liter food.

| (1) GENERAL APPEARANCE | (2) INTEGUMENTARY | (3) MUSCULO-SKELETAL | (4) CIRCULATORY |
|---|---|---|---|
| X Normal | X Normal | X Normal | X Normal |
| __ Abnormal | __ Abnormal | __ Abnormal | __ Abnormal |
| __ No Exam | __ No Exam | __ No Exam | __ No Exam |
| (5) RESPIRATORY | (6) DIGESTIVE | (7) GENITO-URINARY | (8) EYES |
| X Normal | X Normal | X Normal | ⊠ Normal |
| __ Abnormal | __ Abnormal | __ Abnormal | __ Abnormal |
| __ No Exam | __ No Exam | __ No Exam | __ No Exam |
| (9) EARS | (10) NEURAL SYSTEMS | (11) LYMPH NODES | (12) MUCOUS MEMBRANES |
| X Normal | X Normal | X Normal | X Normal |
| __ Abnormal | __ Abnormal | __ Abnormal | __ Abnormal |
| __ No Exam | __ No Exam | __ No Exam | __ No Exam |
| (13) DENTAL | | | |
| ⊘ Normal | | | |
| __ Abnormal | | | |
| __ No Exam | | | |

DESCRIBE ABNORMAL

T 100¹  P ____  R ____  WT 10# 6 °²

Scale ____  Est ____

Hx: Cat not eating as well.
Has lost 3# since 05 - Per
⊙ has been recently.

PE: Obese - but poor muscle
tone over spine

13) mild tarter

Seems st off maybe not as active?

Chem/CBC/T4/U/A    (PB)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CBC-OK    T4-OK

▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Blood 4%%
                  UAC 1-3
R/O Diabetes / Open    R/O Cysto induced

| 1-15-07 | P.C. Spoke w/ Owner - Advised of results, Recd start Insulin | |
| | Script for 1) Glargine Insulin (probably start @ 3 u BID) | |
| | 2) Syringes | |
| | Recd DM or M/D food. | |
| | ⊙ to get meds and setup appt to start insulin | |
| | | (PB) |

ANTECH DIAGNOSTICS 5701 W. 120th Street Alsip IL 60803 Phone: 800-745-4725

**Animal Care Clinic**
2301 Stonegate Rd
Algonquin, IL 60102
Tel: 847-854-8387
Fax: 847-854-2521

Client # 32087
Chart # N

| Accession No. | Doctor | Owner | Pet Name | Received |
|---|---|---|---|---|
| CHBC11767150 | PAUL | **TYNDALL** | BINX | 01/13/2007 |

| Species | Breed | Sex | Pet Age | Reported |
|---|---|---|---|---|
| Feline | Domestic Short Hair | SF | 8Y | 01/14/2007 03:11 AM |

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|
| **SUPERCHEM** | | | |
| AST (SGOT) | 29 | 10-100 | IU/L |
| ALT (SGPT) | 71 | 10-100 | IU/L |
| Total Bilirubin | 0.3 | 0.1-0.4 | mg/dL |
| Alkaline Phosphatase | 23 | 6-102 | IU/L |
| GGT | 2 | 1-10 | IU/L |
| Total Protein | 7.5 | 5.2-8.8 | g/dL |
| Albumin | 3.6 | 2.5-3.9 | g/dL |
| Globulin | 3.9 | 2.3-5.3 | g/dL |
| A/G Ratio | 0.9 | 0.35-1.5 | |
| Cholesterol | 226 **(HIGH)** | 75-220 | mg/dL |
| BUN | 17 | 14-36 | mg/dL |
| Creatinine | 1.3 | 0.6-2.4 | mg/dL |
| BUN/Creatinine Ratio | 13 | 4-33 | |
| Phosphorus | 4.0 | 2.4-8.2 | mg/dL |
| Calcium | 10.2 | 8.2-10.8 | mg/dL |
| Glucose | 446 **(HIGH)** | 64-170 | mg/dL |

The glucose concentration in this cat is >170 mg/dl. A fructosamine level may be helpful in differentiating stress hyperglycemia from early or sub-clinical diabetes mellitus. If you would like to add on this test please call Customer Service at 800-745-4725. Please use test code 16345 for this additional testing.

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|
| Amylase | 837 | 100-1200 | IU/L |
| Lipase | 39 | 0-205 | IU/L |
| Sodium | 154 | 145-158 | mEq/L |
| Potassium | 4.9 | 3.4-5.6 | mEq/L |
| Na/K Ratio | 31 **(LOW)** | 32-41 | |
| Chloride | 110 | 104-128 | mEq/L |
| CPK | 56 | 56-529 | IU/L |
| Triglyceride | 129 | 25-160 | mg/dL |
| Magnesium | 1.6 | 1.5-2.5 | mEq/L. |

The previously reported result was due to a data entry error.

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|
| **COMPLETE BLOOD COUNT** | | | |
| WBC | 7.4 | 3.5-16.0 | $10^3/\mu L$ |
| RBC | 9.9 | 5.92-9.93 | $10^6/\mu L$ |
| HGB | 12.5 | 9.3-15.9 | g/dL |
| HCT | 40 | 29-48 | % |
| MCV | 41 | 37-61 | fL |
| MCH | 12.7 | 11-21 | pg |
| MCHC | 31 | 30-38 | % |
| Comment | | | |

**FINAL**
01/14/2007 03:11 AM

| Accession No.<br>CHBC11767150 | Doctor<br>PAUL | Owner<br>TYNDALL | Pet Name<br>BINX | |
|---|---|---|---|---|
| **Test Requested** | **Results** | | **Reference Range** | **Units** |
| RBC MORPHOLOGY | NORMAL | | | |

| | | | | |
|---|---|---|---|---|
| **Differential** | **Absolute** | **%** | | |
| Neutrophils | 4292 | 58 | 2500-8500 | /µL |
| Lymphocytes | 2220 | 30 | 1200-8000 | /µL |
| Monocytes | 222 | 3 | 0-600 | /µL |
| Eosinophils | 666 | 9 | 0-1000 | /µL |
| Basophils | 0 | 0 | 0-150 | /µL |
| Platelet Estimate | **Adequate** | | | |

Platelet clumps are present. Platelet clumping is a common in-vitro phenomenon and prevents accurate automated or manual platelet counting. The platelet estimate is the best indicator of the adequacy of platelet numbers. Any reported platelet count indicates only the minimum platelet number.

**T4**

| | | | |
|---|---|---|---|
| T4 | 0.88 | 0.8-4.0 | µg/dL |

**URINALYSIS (COMPLETE)**

| | | |
|---|---|---|
| Color | Yellow | |
| Appearance | Slightly Cloudy | |
| Specific Gravity | 1.047 | 1.015-1.060 |
| pH | 5.5 | 5.5-7.0 |
| Protein | Negative | Negative |
| Glucose-Strip | 3+ (HIGH) | Negative |
| Verified by SSA test | | |
| Ketones | Negative | Negative |
| Bilirubin | Negative | Negative |
| Occult Blood | 3+ (HIGH) | Negative |
| WBC/HPF | 1-3 | 0-3 |
| RBC/HPF | 51-100 (HIGH) | 0-3 |
| Casts/LPF | None Observed | Hyaline 0-3 |
| Crystals/HPF | None Observed | |
| Bacteria | None Observed | None Observed |
| Transitional Epithelia/HPF | None Observed | None - Rare |
| Squamous Epithelia/HPF | None Observed | None - Few |
| Renal Epithelia/HPF | None Observed | None - Rare |

Animal Care Clinic
230 Stonegate Road
Algonquin IL  60102
(847) 854-8387   (815) 356-8387

FAX # (847) 854-6614

| OWNER'S LAST NAME: TYNdALL | PET'S NAME: BiNX |
| NEW CLIENT CARD SENT _____ | COUPON _____ |

| DATE/WEIGHT/ CK-IN INITIALS | EXAMINATION/TREAMENT | AMOUNT PAID (DUE/CREDIT) |
|---|---|---|
| 1-17-08 JP | — diabetes — learn how to do insulin + monitor with glucose curves | |
| Hb #302 | rec 2 units glargine BID 12-50 pm — gave 2 units. rpt at 10 pm tonight, then change gradually to 8 am + 8 pm | |
| SC | rec change over to m/d cans, (2 daily) plus dry if needed | |
| | Revisit 1wk for glucose curve. | |
| 1/24/08 TK | drop off - glucose curve. — | |
| | 8.45 — 427        — give 2 units insulin ☒ lantus | |
| SC | — offered 1/3 can m/d + dry ☒ | |
| Hb #602 | 9.45 — 447 | |
| | 11    439 | |
| | 12.30 - 415 | |
| | ↓ | |
| | 2 Brea. | |
| | 3 | |
| | 4.30 -425 | |
| | Nov ✗ | |
| | V. stressed in clinic + had to be hand fed, so glucose may be artificially elevated. ō does report improvement in PU/PD + general attitude. Plan: Keep on same dose of insulin lantus (2 units BID)    + continue on m/d canned + dry. Unless any ↑ in PU/PD or V+ or decreased A+ then recheck in 2 wks with doctor — check weight + spot glucose check. May also discuss doing at home glucose tests. | |

Animal Care Clinic
230 Stonegate Road
Algonquin IL 60102
(847) 854-8387  (815) 356-8387

FAX # (847) 854-6614

| OWNER'S LAST NAME: Tyndall | PET'S NAME: Binx |
|---|---|
| | NEW CLIENT CARD SENT ___ | COUPON |

| DATE/WEIGHT/ CK-IN INITIALS | EXAMINATION/TREATMENT | AMOUNT PAID (DUE/CREDIT) |
|---|---|---|
| 1-30-07 | Cat to come in 2-10-07 for AM BG - before eat + insulin (Spoke w/ O.) | (PB) meter |
| 2/10/07 VS 16#15oz | BW) Single glucose test last insulin 610pm on 2/9/07   2 units  Not eaten, No insulin  BG = 334  (64-170)  Plan - ↑ to 3u BID.   (PB)  Recheck AM BG ~2wks. | |
| 3-1-07 KVD 17# | Recheck blood + insulin  BG = 255   (64-170)  Currently on 3u BID  Plan - ↑ to 4u BID  Recheck ~2wks.  Refill syringes - Costco | doing well eating OK.  (PB) |
| 3-30-07 KVD | Vomiting, lethargy, Binx is a diabetic and hasn't eaten since 3/29  NO INSULIN LAST NIGHT + TODAY = NOT EATING  Seemed fine yesterday AM  Did vomit yesterday seemed lethargic - ↓ or three times vomit overnight and today  Not eating last 24hrs  No insulin given last 24hrs | |

| (1) GENERAL APPEARANCE | (2) INTEGUMENTARY | (3) MUSCULO-SKELETAL | (4) CIRCULATORY |
|---|---|---|---|
| Normal / Abnormal / No Exam | Normal / Abnormal / No Exam | Normal / Abnormal / No Exam | Normal / Abnormal / No Exam |
| (5) RESPIRATORY | (6) DIGESTIVE | (7) GENITO-URINARY | (8) EYES |
| Normal / Abnormal / No Exam | Normal / Abnormal / No Exam | Normal / Abnormal / No Exam | Normal / Abnormal / No Exam |
| (9) EARS | (10) NEURAL SYSTEMS | (11) LYMPH NODES | (12) MUCOUS MEMBRANES |
| Normal / Abnormal / No Exam | Normal / Abnormal / No Exam | Normal / Abnormal / No Exam | Normal / Abnormal / No Exam |
| (13) DENTAL | | DESCRIBE ABNORMAL | |

Animal Care Clinic
230 Stonegate Road
Algonquin IL  60102
(847) 854-8387  (815) 356-8387

FAX # (847) 854-6614

| OWNER'S LAST NAME: | Tyndall | PET'S NAME: | Binx |

NEW CLIENT CARD SENT _____    COUPON _____

| DATE/WEIGHT/ CK-IN INITIALS | EXAMINATION/TREAMENT | AMOUNT PAID (DUE/CREDIT) |
|---|---|---|
| 3-30-07 | ~ PE: Sl dehydrated   EENT-OK MM-Pink H&L OK | |
| | Abd - NSF | |
| | Plan: Chem/CBC/ Cysto U/A | |
| | Chem  BUN = 108 | |
| | Creat = 10.0 | |
| | Phos = 13   URO __Neg__ BLOOD _+++_ BIL _Neg_ | |
| | CBC -OK   PROT _+2_ KET _Neg_ SP GRA _1.032_ | |
| | U/A | |
| | PH _6_ GLU _+4_ SED _100-200 RBC/hpf_ | |
| | R/O Renal Dz / Pyelonephritis | |
| | U/A - Culture | |
| | R/O Renal Dz - M/D on Recall List. | |
| | Transfer to ER for Hosp/ IV fluids | |
| | Insulin TX | |
| | | PB |
| 4-2-07 | Mrs. Tyndall called to make appt for other cat for Bloodwork  and, then stated Binx has passed away on Sunday  4-1-07. | |
| | HILLS | |
| | CASE # 100125156   VET CONSULT service | |
| | Call with lab results | |
| | @ 1-800 548-8387 | |
| 4-5-07 | Card Sent | |
| | Spoke w/ O - OK to release records to Hills - | |
| | Veterinary Consultation Service | |
| 5-11-07 | Spoke w/ Dr Ensley at Iowa State Univ. - Discussed | |

FRONT DESK/ Pink&Blue Chart Sheets
(REV010103))

**Animal Care Clinic**
230 Stonegate Rd.
Algonquin, IL 60102
(847) 854-8387

pecies : Ger Feline >8yr
atient : BINX
lient  : TYNDALL

Ver: 8.10A
Date : 30-Mar -2007 05:25PM

| est | | Results | Reference Range | Indicator |
|---|---|---|---|---|
| | | | | LOW  NORMAL  HIGH |
| LB | = | 2.5 g/dl | 2.3 - 3.9 | |
| LKP | = | 39 U/L | 14 - 111 | |
| LT | = | 123 U/L | 12 - 130 | |
| MYL | = | 1003 U/L | 500 - 1500 | |
| UN | = | 108 mg/dl | 16 - 36 | |
| a | = | 7.8 mg/dl | 7.8 - 11.3 | |
| HOL | = | 211 mg/dl | 65 - 225 | |
| REA | = | 10.0 mg/dl | 0.8 - 2.4 | |
| LU | > | 686 mg/dl | 71 - 159 | |
| HOS | = | 13.0 mg/dl | 3.1 - 7.5 | |
| BIL | = | 0.7 mg/dl | 0.0 - 0.9 | |
| P | = | 6.3 g/dl | 5.7 - 8.9 | |
| LOB | = | 3.8 g/dl | 2.8 - 5.1 | |
| a | = | 138 mmol/l | 150 - 165 | |
| | = | 7.3 mmol/l | 3.5 - 5.8 | |
| l | = | 103 mmol/l | 112 - 129 | |

ΓE:03/30/2007          TIME:16:05
 :  131845.1
).#  :    8
Ρ
ARTUP PASSED


Γ Flags : SCH MIC
] :  15.6    103/mm3 <  5.5 - 19.5 >    MCV :    35 L fl     <   39 -  50 >
] :   8.45   106/mm3 < 5.00 -11.00 >    MCH :  13.3    pg    < 12.5 - 17.5 >
Β :  11.3    g/dl    <  8.0 - 15.0 >    MCHC: 38.1 H g/dl   < 30.0 - 36.0 >
Γ :  29.6    %       < 25.0 - 45.0 >    RDW : 14.7    %     < 13.0 - 17.0 >
Γ :  ---- D 103/mm3 <  200 -  500 >    MPV : ---- D fl     <  6.5 - 15.0 >


] Flags : AG1
ΞF :
ΓM:  11.4    %       <  0.0 -100.0 >    #LYM:  1.7 L 103/mm3 <  1.8 -  6.5 >
)N:   3.2    %       <  0.0 -100.0 >    #MON:  0.5   103/mm3 <  0.2 -  0.8 >
ΞA:  85.4    %       <  0.0 -100.0 >    #GRA: 13.4 H 103/mm3 <  2.8 - 13.0 >

ANTECH DIAGNOSTICS 5701 W. 120th Street Alsip IL 60803  Phone: 800-745-4725

**Animal Care Clinic**
2301 Stonegate Rd
Algonquin, IL 60102
Tel: 847-854-8387
Fax: 847-854-2521

Client # 32087
Chart #

| Accession No. | Doctor | Owner | Pet Name | Received |
|---|---|---|---|---|
| CHBC13797345 | BIERLEIN | TYNDALL | BINX | 03/30/2007 |

| Species | Breed | Sex | Pet Age | Reported |
|---|---|---|---|---|
| Feline | Siamese | CM | 8Y | 04/03/2007 01:01 PM |

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|
| CULTURE & MIC (URINE) | | | |
| Source | Urine | | |
| Preliminary #1 | 04/01/2007 | | |
| NO GROWTH ON SOLID MEDIA IN 24 HRS. | | | |
| | | | |
| Preliminary #2 | 04/02/2007 | | |
| NO GROWTH ON SOLID MEDIA IN 48 HRS. | | | |
| | | | |
| Final Report | 04/03/2007 | | |
| NO GROWTH ON SOLID MEDIA IN 72 HRS. | | | |

# Animal Emergency of McHenry County
## 1095 Pingree Road
## Crystal Lake, IL  60014

Client: Erik Tyndall
1537 Magnolia Dr.
Crystal Lake, IL  60014

(815)477-4191
(815)428-5615

Patient: Name: **Binx**  Species: FELINE   Breed: SIAMESE
Sex: Neutered Male   Color:Lilac Point    DOB:3/30/1999

Referring Hospital:  Animal Care Clinic of Fox Valley
Referring Fax:  (847) 854-6614

### EMERGENCY VISIT SUMMARY

4/1/2007
Time: 6:30 p.m. 3/30/2007
Initials:Elizabeth McVey, DVM/cao

Current Weight   0

TEMP: 98.7  HR: 160  PULSE: Normal   RESP: 28
CRT:    MM: Pink  MENTATION:  BAR

PRESENTING COMPLAINT: ARF, transfer from RDVM

HISTORY:  Seen by RDVM today for vomiting / lethargy.  Cat is a diabetic and has been on 4 U lantus insulin bid.  Blood panel today showed ARF - BUN = 108, Creat = 10.0, K+ = 7.3.  Urinalysis - sediment no active, no ketones or crystals seen.  Cat has been on M/D dry diet which is now recalled.

PHYSICAL EXAM:  QAR, moderately dehydrated, pink, CRT<2s.  EENT: Siamese nystagmus.  PLNs: WNL  H/L: HR = 160, regular, no murmur, strong pulses, lungs clear.  ABD: Small bladder.  Kidneys round and symmetrical, mildly painful on palpation of kidneys.  MSI: BCS 7/9, good coat, ambulatory X 4.

DIFFERENTIAL DIAGNOSES/RULE OUT:  ARF

IN-HOSPITAL TREATMENT:  IV cephalic catheter placed.  Saline 100cc IV over 30 minutes, then continued at 36ml/hr.  Cat quiet overnight.  No vomiting.  BG at 6am = "hi" on glucometer.  Gave 3 U NPH SQ.  Cat did not produce urine overnight.  Brief ultrasound of abdomen: bladder small.  Kidneys both had dilated renal pelvises.  Lytes: K+ = 7.9.  Weight = 17# 4 oz (up from 16# on admission).  Gave lasix 15mg IV to stimulate urine production.  Updated owner - if cat does not produce urine by afternoon; prognosis grave.  Sat Day (3/31 MM) - not producing urine.  10:00 A.M. - repeated lasix 30mg  IV.  No urine production.  Gave owner option of transfer to Vet Specialty for consultation with Dr. Thornhill.  Dialysis may be required.  After much discussion, owners decided not to pursue that route.  Owners will opt for euthanasia, but wife is out of town.  Would like us to keep him comfortable until she can get back tomorrow.  Had discussed using mannitol, but decided against it since he is overhydrated.  3:00 P.M. - started lasix CRI @ 0.3 ml/hr (2mg/kg/hr).  Blood glucose high all day. 5:00 P.M. - regular insulin 2 units IM; 7:00 P.M. - BG - high; regular insulin 2 units IM.  As of 7:00 P.M. - still oligouric.  Depressed, but comfortable.  Owners to bring Lantus insulin tonight. 3/31 overnight (sl) Depressed/dull thru night.  Progressively becoming more dyspnic.  Little urine production.  Large amount of crystalline debris in urine sample from cystocentesis and very active sediment.  Started Baytril 36mg IV SID.  Placed 5fr red rubber urinary catheter on closed collection system to try to measure urine output.  Very little output thru night.  Spoke to both Mr and Mrs about poor prognosis.  Discontinued fluid therapy at 3am.  Has gained 2# since being admitted.  Fluid overload.  Owner doesn't want to take for dialysis.  Will be in at 2pm for probable E/C.  4/1 day (AR) Remains tachypnic and oliguric to anuric.  I advised at this point, it is "dialysis or quit"  May ultimately end up needing a kidney transplant.  O advise they will be in ~ 3 pm to euthanize.  OK'd a renal tissue sample to be taken and sent to lab.  3 cc Fatal Plus IV.  O witnessed.  Prvt Cremation.  Removed kidneys - submitted for histopath.

## Animal Emergency Clinic of McHenry County
### 1095 Pingree Road
### Crystal Lake, IL 60014

Client: Dunx _____ Patient: _____ Species: Feline Date: 3/31/07

## Cytology

#1 Source: _____ Method of Collection: Cath Urinary
Findings: _____
#2 Source: _____

Tech: _____ Time: _____

## Urinalysis

Method of Collection: Cysto    Quantity: _____ Appearance: _____

| | | |
|---|---|---|
| Specific Grav: 1.028 | RBC: 10-20 cc HPF | Color: |
| Protein: + | WBC: 3-5 HPF | Supernatant: |
| PH: 6.0 | Bacteria: 2AA/occ TNTC | Clear: |
| Blood: +++ | Crystals: amorphous | Red: |
| Ketones: 15 | Epith: | Other: |
| Billrubin: 0 | Casts: occ Hyline | |
| Glucose: 1000 | Tech: CH/UV/SL | Time: |

## Manual Blood Count

WBC: _____    PCV: _____    TP: _____
RBC: _____    RBC est: _____    Plasma: _____
Micrfilaria: _____    Hemoglobin: _____    Htwm: _____

### Differential:

| | % | Absolute |
|---|---|---|
| Segs: | | |
| Lymphs: | | |
| Monos: | | |
| Basos: | | |
| Bands: | | |
| Platelets: | | |
| WBC Evaluation: | | |

### RBC Morphology

| | |
|---|---|
| Normocytic: | Normochromic: |
| Anisocytosis: | Anischromasia: |
| Macrocytes: | Hypochromic: |
| Microcytes: | Poikilocytes: |

### Basophilic

| | |
|---|---|
| Macrocytes: | Target Cells: |
| Howell Jolly: | Leptocytes: |
| Spherocytes: | Acanthocytes: |
| NRBC's: | Rouleaux: |
| Other: | |

Tech: _____    Time: _____

**ANIMAL EMERGENCY OF McHENRY COUNTY**
1095 Pingree Rd Suite 120
CRYSTAL LAKE, IL 60014

Patient: BINX                                    Doctor:
Species: Geriatric Feline
Client: ERIK        TYDALL                        Client ID:   20388

**Chemistry**

3/31/2007 9:59:29 PM                    VetLyte

| | | | | | |
|---|---|---|---|---|---|
| Na | 148. mmol/L | LOW | (150. - 165. ) | | |
| K | 6.1 mmol/L | HIGH | (3.5 - 5.8 ) | | |
| Cl | 123. mmol/L | | (112. - 129. ) | | |

PCV 30 %

TP 6.8

IDEXX

## ANIMAL EMERGENCY OF McHENRY COUNTY
1095 Pingree Rd  Suite 120
CRYSTAL LAKE, IL 60014

Patient: BINX                                    Doctor:
Species: Geriatric Feline
Client:  ERIK           TYDALL                    Client ID:    20388

### Chemistry
3/31/2007 6:25:01 AM                    VetLyte

| | | | | |
|---|---|---|---|---|
| Na | 138. mmol/L | LOW | (150. - 165. ) | |
| K | 7.9 mmol/L | HIGH | (3.5 - 5.8 ) | |
| Cl | 110. mmol/L | LOW | (112. - 129. ) | |

IDEXX

Accession: **2007012335**

**Veterinary Diagnostic Laboratory**
Iowa State University
College of Veterinary Medicine
Ames, Iowa 50011-1250
Phone: 515-294-1950
Fax: 515-294-3564

Preliminary Report
Report Date: 5/11/2007

Dr. Alicia Ragni
Animal Emerg of McHenry
1095 Pingree Rd Suite 120

Crystal Lake, IL 60014

Owner: Erik Tyndall
1537 Magnolia DR
Crystal Lake, IL 60014

Reference: PFR -
Diagnostician: Steven Ensley

| | | |
|---|---|---|
| Client Phone: 1-815-479-9119 | Species: Feline | Age: 8 Years |
| Client Fax: 1-847-854-9119 | Breed: Siamese | Weight: 16 Pounds |
| Client Account#: 401366 | Sex: Castrate | Received: |
| Date Received: 4/9/2007 | Previous Case: | Fx/txd Tissue, Urine, Feed |
| Preliminary Report: 4/24/2007 | | |

## PRELIMINARY REPORT

**History:**
8-year-old neutered Siamese male weighing approximately 16 pounds. Vomiting/lethargy. Cat has been a diabetic and has been on 4 units of Lantus BID. Cat acutely ill Thursday. BUN was 108, creat =10. Urine sediment initially was inactive, later was full of amorphous crystals and pet progressed to an oliguric state. Owner did not wish to pursue dialysis. (AR)

**Gross Pathology:**
Renomegaly, hepatomegaly ascites. (AR)

**Histopathology:**
Multifocal mild lymphoplasmacytic to suppurative interstitial nephritis and tubulonephritis with low numbers of intralesional oxalate-like and yellow-brown crystals associated with tubular necrosis and attenuation was apparent. Eosinophilic hyaline casts were noted in focal renal tubules. Diffuse hepatocellular vacuolar change with cholestasis, characterized by bile plugs in cannaliculi, focal bile granuloma formation, and yellow-brown pigment within hepatocytes was noted. (VC, PGH)

**Comment:**
Histopathology, in conjunction with clinical pathology, is compatible with acute renal damage.
Microscopic changes in the renal tubules in this instance have characteristics associated with nephrotoxic compounds which could include but are not limited to: ethylene glycol, aminoglycosides, tetracyclines, heavy metals, certain mycotoxins and others. Additional testing and screening remains in progress.

Lesions are consistent with toxic nephrosis. There was also evidence of mild hepatic lipidosis and bile stasis. (4/11/07 sme/na)

The Federal Drug Administration (FDA) has identified melamine as a marker for the suspected toxin in pet food that has been recalled. FDA has also identified cyanuric acid, ammelide and ameline in recalled pet food. It is thought that melamine and cyanuric acid have to be present together in pet food to cause kidney toxicity in animals. The laboratory can perform qualitative analysis of pet food for melamine. The cost is $200.00 for each sample and the turn around time will be approximately 2 weeks. If you want analysis of the pet food that has been submitted to our laboratory please call me at 515-294-1950 or fax me your request at 515-294-6961. If a request is not received, no analysis will be performed.

Steve Ensley, Veterinary Diagnostician

Accession: 2007012335

| Test Ordered | Laboratory Result(s) Order Date | Current Status | Complete Date |
|---|---|---|---|
| Hematoxylin and Eosin Slides | 4/9/2007 | Result Released | 4/9/2007 |

**Histopathology**

Hematoxylin and Eosin Slides

| Animal ID | Specimen | Slides | Comments |
|---|---|---|---|
| Pet Food Recall | Assorted | 1 | |

**EXHIBIT**

ANIMAL CARE CLINIC                                                              (847) 854-8387

230 Stonegate Road                                                             (815) 356-8387
Algonquin, IL  60102                    (D/L ON FILE:  YES    NO)       FAX  (847) 854-6522

| Client Name(s): | | City:  Crystal Lake | State/Zip:IL  60014 |
|---|---|---|---|
| Address:  1537 Magnolia Drive | | | |
| Telephone:  Home  (815) 477-4191 | Cell  952-426-5615 | | |

| Pet Name:  Baxter | | Species:  FELINE | Sex   Spay |
|---|---|---|---|
| Breed:  SIAMESE | | Color/Markings:  Lilac Point | |
| Birthdate/Age:  1/19/1999   8 yrs 2 Mos | | County:   McHenry    Kane    Lake    Cook | |

| ALLERGIES | VACCINE EXEMPTIONS/EXPIRATION DATE | |
|---|---|---|
| | RV | BORD |
| | DHPP | LYME |

**X-RAY/DATES**

| Purchased Puppy Pkg: | |
|---|---|
| Purchased Kitten Pkg: | |
| Date of Last JR Wellness Pkg: | Date of Last SR Wellness Pkg: |
| NOTES | Hills case # 100-131-341 |

| CANINE VACCINATION SCHEDULE | FELINE VACCINATION SCHEDULE |
|---|---|
| 1 YR K9 RABIES | 1 YR FEL RABIES |
| 3 YR K9 RABIES | 3 YR FEL RABIES |
| DHPP | FVRCP |
| BORD | FELV |
| LYME | FIP |
| GIARDIA | BORD |
| CORONA | |

| DATE STARTED | # | PROBLEM LIST | DATE RESOLVED | MEDICATION |
|---|---|---|---|---|
| 4-07 | 1 | Renal Damage  Hills K/D food-8 | | |
| 7-07 | | Letter from Hills - Claim for Both Cats (Binx & Baxter) | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*(Patient Health Record, #266 Issued/Revised:  012607)*

Animal Care Clinic
230 Stonegate Road
Algonquin IL 60102
(847) 854-8387  (815) 356-8387

FAX # (847) 854-6614

| OWNER'S LAST NAME: | Tyndall | PET'S NAME: | Bastet |
|---|---|---|---|

NEW CLIENT CARD SENT _____     COUPON _____

| DATE/WEIGHT/ CK-IN INITIALS | EXAMINATION/TREATMENT | AMOUNT PAID (DUE/CREDIT) |
|---|---|---|
| 5/14/07 | Called ♡ 815-477-4491. Discussed fluid therapy. → Rec 200 mls sub-Q LRS twice a week Re BUN, CREA in 3-4 weeks. Discussed not sure if needs dr labs. Would monitor may stop if values go down and stay down. Also discussed referral to Dr. Thornhill also | Ⓢ Ⓢ Ⓢ |
| 5/23/07  12#5oz | SHOW HOW TO DO FLUIDS. 200 ml's twice a week Re BUN CREA in 3-4 weeks sooner if problem 2 bags LRS wicket 10 needles. | |
| 6-13-07  #110 | Recheck bloodwork -difficult to give fluids to @ home. eating ok, drinking ok BUN - 22 ⟩ normal CREA - 2.1 Can try fluids once a week if discribe it fluids very difficult. Re for BUN, CREA in 3-4 weeks | Ⓢ |

| (1) GENERAL APPEARANCE | (2) INTEGUMENTARY | (3) MUSCULO-SKELETAL | (4) CIRCULATORY |
|---|---|---|---|
| _ Normal _ Abnormal _ No Exam | _ Normal _ Abnormal _ No Exam | _ Normal _ Abnormal _ No Exam | _ Normal _ Abnormal _ No Exam |
| (5) RESPIRATORY | (6) DIGESTIVE | (7) GENITO URINARY | (8) EYES |
| _ Normal _ Abnormal _ No Exam | _ Normal _ Abnormal _ No Exam | _ Normal _ Abnormal _ No Exam | _ Normal _ Abnormal _ No Exam |
| (9) EARS | (10) NEURAL SYSTEM | (11) LYMPH NODES | (12) MUCOUS MEMBRANES |
| _ Normal _ Abnormal _ No Exam | _ Normal _ Abnormal _ No Exam | _ Normal _ Abnormal _ No Exam | _ Normal _ Abnormal _ No Exam |
| (13) DENTAL | | | |
| _ Normal _ Abnormal _ No Exam | | | |

DESCRIBE ABNORMAL

T_____ P_____ R_____ WT 12#1/oz

_____ Scale    Eat

# Animal Emergency of McHenry County
## 1095 Pingree Road
## Crystal Lake, IL 60014

Client: Erik Tyndall
1537 Magnolia Dr.
Crystal Lake, IL 60014

(815)477-4191
(815)426-8615

Patient Name: **Bastet**  Species: FELINE  Breed: SIAMESE
Sex: Spayed Female  Color:l  DOB:1/19/1999

Referring Hospital: Animal Care Clinic of Fox Valley
Referring Fax: (847) 854-6614

## EMERGENCY VISIT SUMMARY

4/3/2007
Time: 4/2/07 at 4:20 pm
Initials:AEMC Hospital/ktw

Current Weight  12

TEMP: 100.2  HR: 230  PULSE: Normal  RESP: 80
CRT: 1  MM: Pink  MENTATION: QAR

PRESENTING COMPLAINT: Transfer from ACCFV

HISTORY: Was fed some Hill's m/d which was on the recall list as being one of the foods affected. Other cat who was a diabetic who developed ARF which progressed to an oliguric/anuric state and was euthanized over the weekend. This cate was checked at RDVM today and creat found to be elevated ( 3.4) IV fluids were started and pet transferred over here.

PHYSICAL EXAM: QAR. H/L WNL. Abd palp - moderately sized bladder, abdomen otherwise non-painful. BCS = 7/9. PLN's WNL.

IN-HOSPITAL TREATMENT: LRS @ 31 ml/hour. REcheck creat ~ noon tomorrow. O brought sci diet light to feed pet. 4/2/07 overnight (lmv): Stable. Good urine production. Cat very nervous in hospital; covered cage. No interest in food or water overnight. (MH) 4/3 day: QAR/shy with stable vitals. At 12noon: Creat=2.8; K=3.3; PCV=42%/TP=7.2. Add KCl 30mEq/L. Spoke with owner regarding bloodwork and her attitude in hospital. Owner consents to keeping her here until later tonight and then they plan to discharge and follow up with the rDVM within a few days.

INSTRUCTIONS TO CLIENT: Monitor attitude, appetite, elimination and for any vomiting. Call immediately with concerns. Call rDVM within 1-2 days to discuss follow up – recommend recheck kidney values within a few days.

## ANIMAL EMERGENCY OF McHENRY COUNTY
### 1095 Pingree Rd Suite 120
### CRYSTAL LAKE, IL 60014

Patient: BASTET
Doctor:

Species: Geriatric Feline

Client: ERIK         TYDALL                    Client ID:    20388

## Chemistry

| | | | | VetTest | |
|---|---|---|---|---|---|
| 4/3/2007 12:41:54 PM | | | | | |
| CREA | 2.8 mg/dL | HIGH | (0.8 - 2.4 ) | | |

| | | | | VetLyte | |
|---|---|---|---|---|---|
| 4/3/2007 12:34:48 PM | | | | | |
| Na | 157. mmol/L | | (150. - 165. ) | | |
| K | 3.3 mmol/L | LOW | (3.5 - 5.8 ) | | |
| Cl | 123. mmol/L | | (112. - 129. ) | | |

PCV = 42%
TP = 7.2 g/dl
Buffy = 9%

IDEXX

Animal Care Clinic
230 Stonegate Road
Algonquin IL  60102
(847) 854-8387  (815) 356-8387

FAX # (847) 854-6614

| OWNER'S LAST NAME: Tyndall | PET'S NAME: ~~Basfet~~ Bastet |
|---|---|
| | NEW CLIENT CARD SENT _____ COUPON _____ |

| DATE/WEIGHT/ CK-IN INITIALS | EXAMINATION/TREAMENT | AMOUNT PAID (DUE/CREDIT) |
|---|---|---|
| 4/4/07 | Spoke to ♂. Bastet hiding. ♂ will give canned food. Rev ♂ 1-2 days BUN, CREA | ⑤ |
| 04/07/07 Let | Recheck bloodwork Doing OK, eating/drinking Coat shiny well. Recheck BUN- 20 (16-36) Crest- 2.2 (.8-2.4) Values OK Rend Recheck 2-3 wks. | # ⑱ |
| 4-19-07 | Spoke w/ Nette @ 800-548-8387 Setup VCS case # 100 131 341 Faxed medical records to Dr Harry Johnson | ⑱ |
| 5-2-07 KB 12# 4oz 12# 5 1/2 oz | Recheck Kidney/ Rechecks Values Coat OK RV ___ FVRCP ___ FELV ___ FIP ___ BORD ___ FECAL ___ JR WELLNESS ___ SR WELLNESS ___  BUN - 20  CREA - 2.6 H/G ___ COLOR ___ FRONTLINE ___ COLOR ___ REVOLUTION ___ COLOR ___ PE: No palpable bladder + poss. kidney → v/A Rev BUN CREA in 3 weeks when rev kitten Owner should also consider Sb to LES 200 ml twice a week in meantime + will discuss and let Dr. Kw know. | |

Animal Care Clinic
230 Stonegate Road
Algonquin IL  60102
(847) 854-8387  (815) 356-8387

FAX # (847) 854-6614

**OWNER'S LAST NAME:** Tyndall        **PET'S NAME:** Baffet Bastet

NEW CLIENT CARD SENT _____        COUPON _____

| DATE/WEIGHT/ CK-IN INITIALS | EXAMINATION/TREATMENT | AMOUNT PAID (DUE/CREDIT) |
|---|---|---|
| 4-2-07 SM | Bloodwork - has been eating feline m/d and other cat has just passed away this weekend on Sunday and owner is concerned because other cat did not show any symptoms. ☆ says drinking okay. | |
| 12² #10a | PAT - Creat ↑ 3.4. | |
| | PE: EEU-① mm pink CRT < 2sec HL① mod. palpust. No palpable bladder ( ) nin. so did not nin U/A | |
| | Rec hosp - IV fluids and transfer to ER tonight to monitor urine output. | |
| | will check electrolytes and P LRS 31 ml/hr. | ⑤ |
| | K+ - normal P - normal | |
| 3pm U/A - cysto | on fluids since 12pm. | |
| | URO neg  BLOOD neg  BIL neg | |
| | PROT ±30  KET neg  SP GRA 1.043 | |
| | PH  6  GLU neg  SED NSF - nu crystals | |
| | 4pm - transfer to ER | |
| 4/3/07 | Called ER. Probing urine. Rec BW. Creat around 1pm. Called ☆. Can leave cat at ER or transfer here. Up to owner Rec values later today. | |

FRONT DESK/ Pink&Blue Chart Sheets (REV010103))

**Animal Care Clinic**
**230 Stonegate Rd.**
**Algonquin, IL 60102**
**(847) 854-8387**

Species : Adult Feline                          Ver: 8.11B
Patient : BASTET                                Date : 02-May -2007 09:12AM
Client  : TYNDALL

| Test | | Results | Reference Range | | | Indicator | | |
|------|--|---------|-----------------|--|--|-----------|--|--|
| | | | | | LOW | NORMAL | | HIGH |
| BUN | = | 20 mg/dl | 16 - | 36 | | ■ | | |
| CREA | = | 2.6 mg/dl | 0.8 - | 2.4 | | | ■ | |

**Animal Care Clinic**
230 Stonegate Rd.
Algonquin, IL 60102
(847) 854-8387

Species : Ger Feline >8yr
Patient : BASTET                                    Ver: 8.10A
Client  : TYNDALL                                   Date : 07-Apr -2007 10:38AM

| Test | Results | Reference Range | Indicator |
|------|---------|-----------------|-----------|

|      |         |          |          | LOW | NORMAL | HIGH |
|------|---------|----------|----------|-----|--------|------|
| BUN  | =  20 mg/dl | 16 - | 36 | | | |
| CREA | =  2.2 mg/dl | 0.8 - | 2.4 | | | |

**Animal Emergency of McHenry County**
1095 Pingree Road
Crystal Lake, IL  60014

Client: Erik Tyndall
1537 Magnolia Dr.
Crystal Lake, IL  60014

(815)477-4191
(815)426-6615

Patient Name: **Bastet**  Species: FELINE    Breed: SIAMESE
Sex: Spayed Female    Color:l    DOB:1/19/1999

Referring Hospital: Animal Care Clinic of Fox Valley
Referring Fax: (847) 854-6614

### EMERGENCY VISIT SUMMARY

4/3/2007
Time: 4/2/07 at 4:20 pm
Initials:AEMC Hospital/ktw

Current Weight   12

TEMP: 100.2  HR: 230  PULSE: Normal   RESP: 80
CRT: 1  MM: Pink  MENTATION: QAR

PRESENTING COMPLAINT:  Transfer from  ACCFV

HISTORY:  Was fed some Hill's m/d which was on the recall list as being one of the foods affected. Other cat who was a diabetic who developed ARF which progressed to an oliguric/anuric state and was euthanized over the weekend. This cate was checked at RDVM today and creat found to be elevated ( 3.4) IV fluids were started and pet transferred over here.

PHYSICAL EXAM: QAR. H/L WNL. Abd palp - moderately sized bladder, abdomen otherwise non-painful. BCS = 7/9. PLN's WNL.

IN-HOSPITAL TREATMENT: LRS @ 31 ml/hour. REcheck creat ~ noon tomorrow. O brought sci diet light to feed pet.  4/2/07 overnight (lmv): Stable.  Good urine production.  Cat very nervous in hospital; covered cage.  No interest in food or water overnight.  (MH) 4/3 day:  QAR/shy with stable vitals.  At 12noon: Creat=2.8; K=3.3; PCV=42%/TP=7.2.  Add KCl 30mEq/L.  Spoke with owner regarding bloodwork and her attitude in hospital.  Owner consents to keeping her here until later tonight and then they plan to discharge and follow up with the rDVM within a few days.

INSTRUCTIONS TO CLIENT: Monitor attitude, appetite, elimination and for any vomiting.  Call immediately with concerns.  Call rDVM within 1-2 days to discuss follow up -- recommend recheck kidney values within a few days.

## ANIMAL EMERGENCY OF McHENRY COUNTY
### 1095 Pingree Rd Suite 120
### CRYSTAL LAKE, IL 60014

Patient: BASTET
Species: Geriatric Feline
Client: ERIK        TYDALL
Doctor:
Client ID:   20388

### Chemistry

4/3/2007 12:41:54 PM                         VetTest
CREA          2.8 mg/dL    HIGH  ( 0.8   -  2.4   )

4/3/2007 12:34:48 PM                         VetLyte
Na            157. mmol/L         ( 150.  -  165.  )
K             3.3 mmol/L    LOW   ( 3.5   -  5.8   )
Cl            123. mmol/L         ( 112.  -  129.  )

PCV = 42%
TP = 7.2 g/dl
Buffy = 4%

IDEXX

**Animal Care Clinic**
**230 Stonegate Rd.**
**Algonquin, IL 60102**
**(847) 854-8387**

Species : Ger Feline >8yr                    Ver: 8.10A
Patient : BAFTET                             Date : 02-Apr -2007 12:50PM
Client  : TYNDALL

| Test | | Results | Reference Range | | Indicator | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | LOW | NORMAL | HIGH |
| ALKP | = | 24 U/L | 14 - | 111 | | | |
| ALT | = | 44 U/L | 12 - | 130 | | | |
| BUN | = | 28 mg/dl | 16 - | 36 | | | |
| CREA | = | 3.4 mg/dl | 0.8 - | 2.4 | | | |
| GLU | = | 138 mg/dl | 71 - | 159 | | | |
| PHOS | = | 3.6 mg/dl | 3.1 - | 7.5 | | | |
| TP | = | 8.6 g/dl | 5.7 - | 8.9 | | | |
| Na | = | 161 mmol/l | 150 - | 165 | | | |
| K | = | 4.3 mmol/l | 3.5 - | 5.8 | | | |
| Cl | = | 126 mmol/l | 112 - | 129 | | | |

**Animal Care Clinic**
**230 Stonegate Rd.**
**Algonquin, IL 60102**
**(847) 854-8387**

Species : Ger Feline >8yr
Patient : BAFTET
Client  : TYNDALL

Ver: 8.10A
Date : 02-Apr -2007 11:35AM

| Test | | Results | Reference Range | Indicator |
|------|---|---------|-----------------|-----------|
| | | | | LOW    NORMAL    HIGH |
| ALKP | = | 24 U/L   | 14 - 111 | |
| ALT  | = | 44 U/L   | 12 - 130 | |
| BUN  | = | 28 mg/dl | 16 - 36  | |
| CREA | = | 3.4 mg/dl | 0.8 - 2.4 | |
| GLU  | = | 138 mg/dl | 71 - 159 | |
| TP   | = | 8.6 g/dl | 5.7 - 8.9 | |

| PATIENT NAME: | Baffet | | | | | DATE: | 4/2/07 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT NAME: | Tyndall | | | | | DOCTOR: | Paine | | | | | |
| CLIENT ID# | | | | | | | | | | | | |

| | 7A | 8A | 9A | 10A | 11A | 12P | 1P | 2P | 3P | 4P | 5P | 6P | 7P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATTITUDE | | | | | | | | | | | | | |
| TEMPERATURE | | | | | | | | | | | | | |
| PULSE / RESP | | | | | | | | | | | | | |
| MM / CRT | | | | | | | | | | | | | |
| URINATION / DEFECATION | | | | | | 7- | 7- | 7- | 7- | -/- | | | |
| VOMITING / DIARRHEA | | | | | | 7- | 7- | 7- | 7- | -/- | | | |
| WEIGHT | | | | | | | | | | | | | |
| FOOD | | | | | | | | | | | | | |
|    TYPE | | | | | | | | | | | | | |
|    AMOUNT | | | | | | | | | | | | | |
|    APPETITE | | | | | | | | | | | | | |
| WATER   y(-) | | | | | | MC | | | | M | | | |
| MEDICATIONS | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| TREATMENTS | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| FLUIDS #1 | | | | | | | | | | | | | |
|   TYPE   LRS | | | | | | | | | | | | | |
|   RATE (ML/HR) | | | | | | | | | | | | | |
|   CUMMULATIVE | | | | | | | | | | | | | |
| FLUIDS #2 | | | | | | | | | | | | | |
|   TYPE | | | | | | | | | | | | | |
|   RATE (ML/HR) 31 | | | | | | 31 | 31 | 31 | 31 | | | | |
|   CUMMULATIVE | | | | | | 0 | 46 | 77 | 94 | | | | |
| ADDITIONAL INSTRUCTIONS | | | | | | | | | | | | | |

EXHIBIT

D

 **Hill's®**  Hill's Pet Nutrition, Inc. and Subsidiaries
P.O. Box 148
Topeka, Kansas 66601-0148
(785) 354-8523

July 19, 2007

Erik & Adria Tyndall
1537 Magnolia Dr.
Crystal Lake, IL 60014
Re: Claim # 100131341; 100125156 and 0012227746B

Dear Erik & Adria:

Thank you for contacting us about your pets, Bastet and Binx. We are saddened to learn of Bastet's recent illness and Binx's recent passing. We understand this must have been difficult for you and your family.

We appreciate that you have given Hill's the opportunity to respond to your request for reimbursements in connection with the recalled Hill's pet foods. We have reviewed your request and authorized a settlement payment of $1,810.71.

If you are currently represented by a lawyer regarding any claim you may have in this matter, then it is not appropriate for us to communicate with you about your case. If you are represented by a lawyer, you received this letter because we were not aware of that representation, and we ask you please pass this letter along to your lawyer immediately and ask your lawyer to respond to the letter. If you are contacted by us (whether by phone or email) at any time after you are represented by a lawyer, then please state that you are represented by a lawyer, end the contact, and inform your lawyer.

In order to accept this settlement offer, you must sign a Release. Please note that by signing the Release you will be waiving any right you may have to sue Hill's with regard to the recent pet food recalls. However, there are options you may want to consider and discuss with an attorney before you settle your claim with us. This letter does not offer legal advice, but rather contains information to assist you in making an informed decision about your options.

**Option regarding lawsuit seeking class action status**
First, you may be eligible to participate in a class action lawsuit. The recall of various pet food products has led to numerous lawsuits in federal and state courts throughout the United States and Canada. A number of these plaintiffs are seeking class action status for their lawsuits. It is our expectation that those federal lawsuits brought as class actions will soon be consolidated for pretrial purposes in the United States District Court for the District of New Jersey and are referred to as *In re Pet Food Products Liability Litigation*, MDL Docket No. 1850. If the court decides that a lawsuit should have class action status and your pet was harmed as a result of the recalled pet food, you may be eligible to share in any recovery achieved in that class action. The recovery sought by plaintiffs in the actions includes the initial veterinary expenses incurred by pet owners. Also, plaintiffs may seek other expenses, including emotional distress, continued veterinary expenses and medical monitoring of your pet, autopsy and funeral

expenses, although the recovery of these additional categories of expenses may vary from state-to-state.

If you wish to participate in a lawsuit seeking class action status instead of seeking settlement directly from Hill's, then it is not necessary for you to do anything at this time.

## Option of direct settlement with Hill's

Second, Hill's remains committed to settling claims by paying its customers for any reasonable expenses as a result of pets consuming our products that were recalled and you may resolve your claim directly with Hill's. To do so, you must sign and return the Release in the enclosed postage-paid envelope by August 31, 2007 and we will send you a settlement check. Again, you may speak with an attorney before doing so. Please note that if you sign a Release and accept a settlement directly from Hill's, then you will be releasing all claims relating to any damages sustained as a result of the recalls and you may not be permitted to participate in the above-mentioned class action lawsuits.

## Option of individual case

Third, you can retain your own attorney to pursue your own case regarding the recalled pet food.

## Option of taking no action

Finally, you can do nothing. You are not required to seek reimbursement from Hill's or contact any attorney associated with the lawsuits. Even if you do nothing at this time, you may be eligible to participate in a class action in the future.

If you have any additional questions regarding the full extent of your options, then you should speak to an attorney. If you are currently represented by an attorney, then please forward this communication to them immediately and ask your attorney to contact us directly.

We want to assure you that we understand the impact that the pet food recalls have placed upon pets and their families. We also want you to know that the people of Hill's are committed to earning your trust every day.

If you should have any questions about the settlement offer, please contact us at our dedicated address: Hill's Pet Nutrition, Inc., PO Box 499, Topeka, Kansas, 66601-0499.

Sincerely,

Hill's Pet Nutrition, Inc.

Enclosures

Copy to:  Animal Care Clinic Fox Valley
          Attn: Dr. Paul Bierlein
          230 Stonegate Rd.
          Algonquin, IL  30102

EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ADRIA TYNDALL, ERIK TYNDALL, AND
ALEX TYNDALL, by his mother and next friend,
Adria Tyndall,

PLAINTIFFS,

v.

HILL'S PET NUTRITION, INC. and
CHEMNUTRA, INC.,

DEFENDANTS.

Case No. ____________

Pending transfer to MDL 1850: *In re Pet Food Prod. Liab. Litig.* (D. N.J., J. Hillman)

## NOTICE OF CONSENT TO REMOVAL

Defendant ChemNutra, Inc. hereby consents to the removal of the state court action entitled *Adria Tyndall, et al. v. Hill's Pet Nutrition, Inc., et al.*, Civil Action No. 08 L 063017, filed in the Circuit Court of Cook County, Illinois, Law Division, District Three, to the United States District Court for the Northern District of Illinois.

By: [signature]

Jack Riley (2339153)
Johnson & Bell, LTD.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
312-984-0260 Phone
312-372-9818 Fax

*Counsel for ChemNutra, Inc.*

EXHIBIT

C

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 9 2007

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1850*

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE PET FOOD PRODUCTS LIABILITY LITIGATION**

**BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,[*] KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL**

*TRANSFER ORDER*

This litigation presently consists of thirteen actions listed on the attached Schedule A and pending in eight districts as follows: five actions in the Western District of Washington; two actions in the Western District of Arkansas; and one action each in the Central District of California, the District of Connecticut, the Southern District of Florida, the Northern District of Illinois, the District of New Jersey, and the Eastern District of Tennessee. Before the Panel are three motions, pursuant to 28 U.S.C. § 1407, that taken together seek centralization for coordinated or consolidated pretrial proceedings of all of these actions.[1] All responding parties agree that centralization is appropriate, but differ regarding the most appropriate transferee district for this litigation. In favor of the District of New Jersey as transferee district are moving Central District of California and Southern District of Florida plaintiffs and plaintiffs in the District of Connecticut, the District of New Jersey, and three of the Western District of Washington actions before the Panel, as well as plaintiffs in fourteen potentially related actions. Plaintiffs in two of the five Western District of Washington actions move for centralization in the Western District of Washington; plaintiffs in the Eastern District of Tennessee action support centralization there; and plaintiffs in the other three Western District of Washington actions alternatively support centralization there. In favor of the Western District of Arkansas as transferee district are plaintiffs in the two Western District of Arkansas actions and the Northern District of Illinois action, and plaintiffs in six potentially related actions. Plaintiffs in two potentially related District of New Jersey actions alternatively support centralization in the Western District of Arkansas. Supporting the Northern District of Illinois as transferee district are all responding defendants, including Menu Foods, Inc., and its related entities, and plaintiffs in one potentially related action. In favor of the Central District of California as transferee district are plaintiffs in nine potentially related actions. Finally, plaintiff in a potentially related Northern District of Ohio action suggests centralization in the Northern District of Ohio.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this

---

[*] Judge Miller did not participate in the decision of this matter.

[1] The Panel has been notified of 97 potentially related actions pending in multiple federal districts. In light of the Panel's disposition of this docket, these actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

litigation involve common questions of fact, and that centralization under Section 1407 in the District of New Jersey will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions stem from the recall of pet food products allegedly tainted by melamine found in wheat gluten imported from China and used in these products. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery; avoid inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

Although several districts could be described as an appropriate transferee forum for this nationwide litigation, we are persuaded to select the District of New Jersey. Pretrial proceedings are advancing well there and about one-third of all pending actions are already in this district.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the attached Schedule A and pending outside the District of New Jersey are transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable Noel L. Hillman for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

06/20/2007  12:45 FAX 2025022888        JPML                                    ☑004

# SCHEDULE A

MDL-1850 -- In re Pet Food Products Liability Litigation

### Western District of Arkansas

*Charles Ray Sims, et al. v. Menu Foods Income Fund, et al.*, C.A. No. 5:07-5053
*Richard Scott Widen, et al. v. Menu Foods, Inc., et al.*, C.A. No. 5:07-5055

### Central District of California

*Shirley Sexton v. Menu Foods Income Fund, et al.*, C.A. No. 2:07-1958

### District of Connecticut

*Lauri A. Osborne v. Menu Foods, Inc.*, C.A. No. 3:07-469

### Southern District of Florida

*Christina Troiano v. Menu Foods, Inc., et al.*, C.A. No. 0:07-60428

### Northern District of Illinois

*Dawn Majerczyk v. Menu Foods, Inc.*, C.A. No. 1:07-1543

### District of New Jersey

*Jared Workman, et al. v. Menu Foods Ltd., et al.*, C.A. No. 1:07-1338

### Eastern District of Tennessee

*Lizajean Holt, et al. v. Menu Foods, Inc.*, C.A. No. 3:07-94

### Western District of Washington

*Tom Whaley v. Menu Foods, Inc., et al.*, C.A. No. 2:07-411
*Stacey Heller, et al. v. Menu Foods*, C.A. No. 2:07-453
*Audrey Kornelius, et al. v. Menu Foods*, C.A. No. 2:07-454
*Suzanne E. Johnson, et al. v. Menu Foods*, C.A. No. 2:07-455
*Michele Suggett, et al. v. Menu Foods, et al.*, C.A. No. 2:07-457

**Paicius, Michael**

---

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Monday, April 28, 2008 2:34 PM |
| **To:** | Paicius, Michael |
| **Subject:** | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UMHHTR
Agency Tracking ID: 07520000000002730460

Account Holder Name: Michael D. Paicius
Transaction Type: Sale
Billing Address: One South Dearborn Street
City: Chicago
State/Province: IL
Zip/Postal Code: 60603
Country: USA
Card Type: Visa
Card Number: ***********1855
Expiration Date: Nov, 2010
Payment Amount: $350.00
Transaction Date: Apr 28, 2008 3:34:00 PM