U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Adria Tyndall, et al.<br>v.<br>Hill's Pet Nutrition, Inc. and ChemNutra, Inc. | FILED: APRIL 28, 2008<br>08CV2427          TG<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hill's Pet Nutrition, Inc.

| NAME (Type or print) |
|---|
| Kara L. McCall |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kara L. McCall |

| FIRM |
|---|
| Sidley Austin LLP |

| STREET ADDRESS |
|---|
| One South Dearborn Street |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6272681 | 312-853-7000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I, Kara L. McCall, hereby certify that on April 28, 2008, a copy of the foregoing Appearance of Kara L. McCall on behalf of Hill's Pet Nutrition, Inc. was electronically filed. Parties may access this filing through the Court's system. I also caused one copy to be sent via U.S. Mail to the following address, as counsel of record:

Gary A. Newland
NEWLAND, NEWLAND, & NEWLAND
121 S. Wilke Road, Suite 101
Arlington Heights, Illinois 60005

Jack Riley (2339153)
JOHNSON& BELL LTD.
33 W. Monroe Street, Suite 2700
Chicago, IL  60603

                                                s/Kara L. McCall
                                                SIDLEY AUSTIN LLP

CH1 4255171v.1