UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIA TYNDALL, ERIK TYNDALL, AND ALEX TYNDALL, by his mother and next friend, Adria Tyndall,<br><br>PLAINTIFFS,<br><br>v.<br><br>HILL'S PET NUTRITION, INC. and CHEMNUTRA, INC.,<br><br>DEFENDANTS. | FILED: APRIL 28, 2008<br>Case No. 08CV2427    TG<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE VALDEZ<br><br>Pending transfer to MDL 1850: *In re Pet Food Prod. Liab. Litig.* (D. N.J., J. Hillman) |

**HILL'S PET NUTRITION, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, counsel for Defendant Hill's Pet Nutrition, Inc. hereby states that that Hill's Pet Nutrition, Inc. is a wholly-owned subsidiary of Colgate-Palmolive Company.

Dated: April 28, 2008    By:    s/Kara L. McCall
Kara L. McCall (6272681)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
phone 312.853.7000
facsimile 312.853.7036
Firm No. 42418

James D. Arden (of counsel)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
phone 212.839.5300
facsimile 212.839.5599

**Counsel for Hill's Pet Nutrition, Inc.**

**CERTIFICATE OF SERVICE**

        I, Kara L. McCall, hereby certify that on April 28, 2008, a copy of the foregoing Hill's Pet Nutrition, Inc.'s Corporate Disclosure Statement was electronically filed. Parties may access this filing through the Court's system. I also caused one copy to be sent via U.S. Mail to the following address, as counsel of record:

Gary A. Newland
NEWLAND, NEWLAND, & NEWLAND
121 S. Wilke Road, Suite 101
Arlington Heights, Illinois 60005

Jack Riley (2339153)
JOHNSON& BELL LTD.
33 W. Monroe Street, Suite 2700
Chicago, IL  60603

                                                                s/Kara L. McCall
                                                                SIDLEY AUSTIN LLP