UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIA TYNDALL, ERIK TYNDALL AND ALEX TYNDALL, by his mother and next friend, Adria Tyndall,<br><br>Plaintiffs,<br><br>v.<br><br>HILL'S PET NUTRITION, INC. and CHEMNUTRA, INC. | Case No. 08CV2427<br><br><br><br><br><br><br><br>Pending transfer to MDL 1850:<br>*In re Pet Food Prod. Liab. Litig.*<br>(D. NJ., J. Hillman) |

### NOTICE OF FILING AND PROOF OF SERVICE

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on May 2, 2008, Defendant Chemnutra, Inc., filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, its Answer and Affirmative Defenses to Plaintiffs' Unverified Complaint and Demand for Jury Trial, and Notice of Filing and Proof of Service, copies of which are attached hereto and served upon you.

/s/ Jack T. Riley, Jr.
Jack T. Riley, Jr.
*One of the Attorneys for Chemnutra, Inc.*

JOHNSON & BELL, LTD.
33 W. Monroe Street, Suite 2700
Chicago, IL 60603-5404
(312) 372-0770

### PROOF OF SERVICE

The undersigned upon her oath states that a true and complete copy of the foregoing document was made upon each party or attorney of record herein by depositing same in the United States Mail in envelopes properly addressed to each of them and with sufficient first class postage affixed on May 2, 2008.

## SERVICE LIST

| | | |
|---|---|---|
| Gary A. Newland | Kara L. McCall | James D. Arden (of counsel) |
| Newland, Newland & Newland | SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 121 S. Wilke Road, Suite 101 | One South Dearborn Street | 787 Seventh Avenue |
| Arlington Heights, IL 60005 | Chicago, Illinois 60603 | New York, New York 10019 |
| 847-779-8000 | 312-853-7000 | 212-839-5300 |