# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2427 | **DATE** | 6/23/2008 |
| **CASE TITLE** | Madria Tyndall, et al     vs     Hill's Pet Nutrition, Inc., et al | | |

**DOCKET ENTRY TEXT:**

Pursuant to the conditional transfer order, (CTO-9), this action is transferred under 28 U.S.C. §1407 to the District of New Jersey, MDL Docket No.1850 in re: Pet Food Products Liability Litigation.

[Docketing to mail notice]

| | Courtroom Deputy Initials: | GDS |
|---|---|---|