

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

June 25, 2008

USDC for the District of New Jersey

4015 Martin Luther King, Jr.
Federal Bldg and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      RE:    *Tyndall et al v. Hill's Pet Nutrition, Inc. et al*
             *Case No: 1:08-cv-02427*

Dear Clerk:

Pursuant to the transfer order entered by US Judicial Panel on Multidistrict Litigation on May 8, 2008, the above record was electronically transmitted to the USDC for the District of New Jersey.

             Sincerely yours,

             Michael W. Dobbins, Clerk

             By:    / s/ Tiana Davis
                      Deputy Clerk

Enclosure

New Case No. _____   Date _____

cc: Gary A. Newland , counsel for Plaintiffs