JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 1 2008

FILED
CLERK'S OFFICE

**FILED**

JUN 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PET FOOD PRODUCTS
LIABILITY LITIGATION

Adria Tyndall, et al. v. Hill's Pet Nutrition, Inc., et al., )
N.D. Illinois, C.A. No. 1:08-2427                            )     MDL No. 1850

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Tyndall*) on May 8, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Tyndall* filed a notice of opposition to the proposed transfer. Plaintiffs in *Tyndall* subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-9" filed on May 8, 2008, is LIFTED insofar as it relates to this action. The action is transferred to the District of New Jersey for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Noel L. Hillman.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY
JUN 11 2008
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD & U.S. COURTHOUSE
50 WALNUT STREET
P.O. BOX 419
NEWARK, N.J. 07101-0419

William T. Walsh
Clerk

CAMDEN OFFICE
USPO & Courthouse
401 Market Street
Camden, N.J. 08101

TRENTON OFFICE
402 East State Street
P.O. Box 515
Trenton, N.J. 08603

Mr. Michael W. Dobbins, Clerk
United States District Court
2046 Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Date: June 23, 2008

In Re: Pet Food Products Liability Litigation

  Adria Tyndall, et al   vs.  Hill's Pet Nutrition, Inc., et al
   1:08-2427
  District of New Jersey Master Civil Action No.   1:07-cv-2867 (NLH)(AMD)

Dear Clerk:

  Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable, Noel L. Hillman, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

  If your court is currently on CM/ECF Version 3.0 or higher you can transfer the case to us via Case Extraction. If you have any questions, please call me at 856-757-5021.

  Please return the copy of this letter if transmitting your file(s) by mail along with a certified copy of the docket sheet(s).

               Sincerely,

               WILLIAM T. WALSH, Clerk

               /s/ Deputy Clerk

Enc.

cc: Jeffrey N. Luthi
  Clerk, Judicial Panel on Multidistrict Litigation

DNJ-Civ-MDL001